| GREGORY J. LEONARD | MIDDLE DISTRICT OF GEORGIA | OFFICES |
| CLERK | 475 MULBERRY STREET | ALBANY 31701 |
| PHONE:478/752-3497 | P. O. BOX 128 | ATHENS 30601 |
| | MACON, GEORGIA 31202-0128 | COLUMBUS 31902 |
| FAX: 478/752-3496 | | MACON 31202 |
| | | VALDOSTA 31601 |

October 29, 2008

FAX: 260-460-1700

David P. Irmscher
Attorney at Law
111 E Wayne Ste 800
Ft. Wayne, IN 46802

RE: Petition to Plead and Practice Pro Hac Vice in the Middle District of Georgia

Case: 3:08-cv-89-CDL   Great Dane Ltd Partnership

Dear Attorney:

Recently you filed documents in the Middle District of Georgia. We do not show any record of you having submitted a petition to plead and practice pro hac vice in this case. If you do not wish to file documents in this case, please submit a motion to withdraw as counsel immediately.

If you have already mailed your petition to the court, please disregard this letter. Otherwise, visit the court's website www.gamd.uscourts.gov, click on Attorney Admissions, fill out the pro hac vice petition and mail it to the court immediately. You can either mail your payment in via regular mail with your petition or wait and pay online once you have been admitted and you have registered for CM/ECF* (e-filing). The fee for pro hac vice admissions is $100 per case, per attorney. Registering for CM/ECF is mandatory in the Middle District.

Sincerely,
s/Nora Paul
Operations Specialist
PHN: 478.752.0734
FAX: 478.752.3468
nora_paul@gamd.uscourts.gov


*CM/ECF is not the same as PACER. You must have a separate login and password to access the CM/ECF system.

YOU HAVE 10 WORKING DAYS FROM THE DATE OF THIS LETTER TO SUBMIT YOUR PETITION TO PLEAD AND PRACTICE OR THIS MATTER WILL BE REFERRED TO THE JUDGE HANDLING THIS CASE.