UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
MIDDLE DISTRICT OF GEORGIA
475 MULBERRY STREET
P. O. BOX 128
MACON, GEORGIA 31202-0128

GREGORY J. LEONARD
CLERK
PHONE:478/752-3497

FAX: 478/752-3496

OFFICES
ALBANY 31701
ATHENS 30601
COLUMBUS 31902
MACON 31202
VALDOSTA 31601

October 29, 2008

FAX: 317-237-1000

R. Trevor Carter
Attorney at Law
300 N Meridian St Ste 2700
Indianapolis, IN  46204

      RE: Petition to Plead and Practice Pro Hac Vice in the Middle District of Georgia

      Case: 3:08-cv-89-CDL   Great Dane Ltd Partnership

Dear Attorney:

      Recently you filed documents in the Middle District of Georgia.  We do not show any record of you having submitted a petition to plead and practice pro hac vice in this case.  If you do not wish to file documents in this case, please submit a motion to withdraw as counsel immediately.

      If you have already mailed your petition to the court, please disregard this letter.  Otherwise, visit the court's website www.gamd.uscourts.gov, click on Attorney Admissions, fill out the pro hac vice petition and mail it to the court immediately.  You can either mail your payment in via regular mail with your petition or wait and pay online once you have been admitted and you have registered for CM/ECF* (e-filing).  The fee for pro hac vice admissions is $100 per case, per attorney.  Registering for CM/ECF is mandatory in the Middle District.

Sincerely,
s/Nora Paul
Operations Specialist
PHN: 478.752.0734
FAX:  478.752.3468
nora_paul@gamd.uscourts.gov


*CM/ECF is not the same as PACER.  You must have a separate login and password to access the CM/ECF system.

YOU HAVE 10 WORKING DAYS FROM THE DATE OF THIS LETTER TO SUBMIT YOUR PETITION TO PLEAD AND PRACTICE OR THIS MATTER WILL BE REFERRED TO THE JUDGE HANDLING THIS CASE.