# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| GREAT DANE LIMITED PARTNERSHIP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Case No. 3:08-CV-089 |
| | ) |
| STOUGHTON TRAILERS, LLC AND NEWCOURT, INC., | ) |
| | ) |
| Defendants. | ) |

## STOUGHTON TRAILERS, LLC'S DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, this corporate disclosure statement is made on behalf of Defendant Stoughton Trailers, LLC.

Identify all parent corporations: None.

Identify all publicly traded corporations owning 10% or more of the party's stock: None.

Dated this 15th day of December, 2008.

**HALL, BOOTH, SMITH & SLOVER, P.C.**
_____s/ Mark Barber_____
Mark A. Barber, Esq.
Ga. Bar No. 036875
1180 West Peachtree NW
Atlantic Center Plaza
Suite 900
Atlanta, GA 30309
(p) 404-954-5000 / (f) 404-954-5020
mbarber@hbss.net

Attorney for Defendant
Stoughton Trailers, LLC