UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
MIDDLE DISTRICT OF GEORGIA
475 MULBERRY STREET
P. O. BOX 128
MACON, GEORGIA 31202-0128

GREGORY J. LEONARD
CLERK
PHONE:478/752-3497

FAX: 478/752-3496

OFFICES
ALBANY 31701
ATHENS 30601
COLUMBUS 31902
MACON 31202
VALDOSTA 31601

February 9, 2009

FAX: 260-460-1700

**David P. Irmscher**
BAKER & DANIELS, LLP
111 E WAYNE STE 800
FORT WAYNE , IN 46802

      RE: Register for CM/ECF

      Case: 3:08-cv-89-CDL   Great Dane Limited Partnership

Dear Attorney:

      Recently you filed documents in the Middle District of Georgia. Although, you have been admitted to practice pro hac vice in this case, we do not show any record of you having registered for CM/ECF* (e-filing). If you do not wish to e-file documents in this case, please submit a motion to withdraw as counsel immediately.

      Visit the court's website www.gamd.uscourts.gov, click on CM/ECF at the top of the screen, click on register, fill out the pro hac vice form and fax a copy to me at 478.752.3468. There is no additional fee to register for CM/ECF. If you fail to register after receiving this letter, the matter will be turned over to the judge assigned to your case.

      Please feel free to contact me if you have any questions.

Sincerely,
s/Nora Paul
Operations Specialist
PHN: 478.752.0734
FAX:  478.752.3468
nora_paul@gamd.uscourts.gov

*CM/ECF is not the same as PACER. You must have a separate login and password to access the CM/ECF system.

REGISTERING FOR CM/ECF IS MANDATORY IN THE
MIDDLE DISTRICT OF GEORGIA