# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| GREAT DANE LIMITED PARTNERSHIP, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STOUGHTON TRAILERS, LLC and )<br>NEWCOURT, INC., )<br>)<br>Defendants. ) | Civil Case Number 3:08-cv-89 |

## JOINT MOTION TO MODIFY SCHEDULING/DISCOVERY ORDER

Plaintiff, Great Dane Limited Partnership ("Great Dane") and Defendants Stoughton Trailers, LLC ("Stoughton") and Newcourt, Inc. ("Newcourt") (collectively, the "Parties"), jointly move the Court to modify the Scheduling/Discovery Order and, in support thereof, show the Court the following:

1. On March 25, 2009, the Court entered the Parties Scheduling/Discovery Order.

2. The Parties jointly stipulate to extend the deadline to serve Initial Disclosures presently due on April 20, 2009, to and including April 27, 2009.

3. The Parties jointly stipulate to extend the deadline for Plaintiff to comply with L.P.R. 4.1 disclosure of infringement contentions presently due on April 22, 2009, to and including April 29, 2009.

4. This motion is made in good faith and not for purpose of delay.

5. This motion will not impact other deadlines set forth in the Scheduling/Discovery Order.

Respectfully submitted, this 15th day of April, 2009.

| | |
|---|---|
| HUNTER, MACLEAN, EXLEY & DUNN | BALLARD SPAHR ANDREWS & INGERSOLL, LLP |
| By: /s/ John M. Tatum<br>John M. Tatum<br>Georgia Bar No. 69900 | By: /s/ Sumner C. Rosenberg<br>Sumner C. Rosenberg<br>Georgia Bar No. 614550 |
| 200 East St. Julian Street<br>Savannah, Georgia 31401<br>Telephone: (912) 236-0261<br>Fax: (912) 236-4936 | 999 Peachtree Street, Suite 1000<br>Atlanta, Georgia 30309<br>Telephone: (678) 420-9300<br>Fax: (678)420-9301 |
| R. Trevor Carter<br>*Pro Hac Vice*<br>David M. Irmscher<br>*Pro Hac Vice*<br>BAKER & DANIELS LLP<br>300 North Meridian Street<br>Indianapolis, Indiana 46204<br>Telephone: (317) 237-0300<br>Facsimile: (317) 237-1000 | *ATTORNEYS FOR NEWCOURT, INC.*<br><br>HALL, BOOTH, SMITH & SLOVER, P.C.<br><br>By: /s/ Shaun M. Daugherty<br>Shaun M. Daugherty<br>Georgia Bar Number 205877<br>Mark A. Barber<br>Georgia Bar Number 036875 |
| *ATTORNEYS FOR PLAINTIFF GREAT DANE LIMITED PARTNERSHIP* | 1180 West Peachtree NW<br>Atlantic Center Plaza<br>Suite 900<br>Atlanta, Georgia 30309<br>Telephone: (404) 954-5000<br>Fax: (404) 954-5020<br><br>*ATTORNEYS FOR STOUGHTON TRAILERS, LLC* |