# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| GREAT DANE LIMITED PARTNERSHIP, </br></br> Plaintiff, </br></br> v. </br></br> STOUGHTON TRAILERS, LLC and NEWCOURT, INC., </br></br> Defendants. | ) ) ) ) ) ) ) Civil Case Number 3:08-cv-89 ) ) ) ) ) ) |

## SECOND JOINT MOTION TO MODIFY
## SCHEDULING/DISCOVERY ORDER

Plaintiff, Great Dane Limited Partnership ("Great Dane") and Defendants Stoughton Trailers, LLC ("Stoughton") and Newcourt, Inc. ("Newcourt") collectively, the "Parties"), jointly move the Court to modify the Scheduling/Discovery Order and, in support thereof, show the Court the following:

1. On April 15, 2009, the Parties filed their Joint Motion to Modify Scheduling/Discovery Order. On April 16, 2009, the Court granted the Parties' Joint Motion.

2. The Parties jointly stipulate to extend the deadline for Plaintiff to comply with L.P.R. 4.1 disclosure of infringement contentions presently due on April 29, 2009, to and including May 7, 2009.

3. This motion is made in good faith and not for purpose of delay.

4. This motion will not impact other deadlines set forth in the Scheduling/Discovery Order.

Respectfully submitted, this 27th day of April, 2009.

| HUNTER, MACLEAN, EXLEY & DUNN | BALLARD SPAHR ANDREWS & INGERSOLL, LLP |
|---|---|
| By: /s/ John M. Tatum<br>    John M. Tatum<br>    Georgia Bar No. 69900 | By: /s/ Sumner C. Rosenberg<br>    Sumner C. Rosenberg<br>    Georgia Bar No. 614550 |
| 1600 Atlanta Financial Center<br>3343 Peachtree Road, N.E.<br>Atlanta, Georgia 30326-1044<br>Telephone: (404) 233-7000<br>Fax: (404) 365-9532 | 999 Peachtree Street, Suite 1000<br>Atlanta, Georgia 30309<br>Telephone: (678) 420-9300<br>Fax: (678)420-9301 |
| R. Trevor Carter<br>*Pro Hac Vice*<br>David M. Irmscher<br>*Pro Hac Vice*<br>BAKER & DANIELS LLP<br>300 North Meridian Street<br>Indianapolis, Indiana 46204<br>Telephone: (317) 237-0300<br>Facsimile: (317) 237-1000 | *ATTORNEYS FOR NEWCOURT, INC.*<br><br>HALL, BOOTH, SMITH & SLOVER, P.C.<br><br>By: /s/ Shaun M. Daugherty<br>    Shaun M. Daugherty<br>    Georgia Bar Number 205877<br>    Mark A. Barber<br>    Georgia Bar Number 036875 |
| *ATTORNEYS FOR PLAINTIFF*<br>*GREAT DANE LIMITED PARTNERSHIP* | 1180 West Peachtree NW<br>Atlantic Center Plaza<br>Suite 900<br>Atlanta, Georgia 30309<br>Telephone: (404) 954-5000<br>Fax: (404) 954-5020 |
| | *ATTORNEYS FOR STOUGHTON TRAILERS, LLC* |

## **CERTIFICATE OF SERVICE**

  This is to certify that the within and foregoing document was electronically filed via the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

       Mark A. Barber
       Shaun M. Daugherty
       HALL, BOOTH, SMITH & SLOVER, P.C.
       1180 West Peachtree NW
       Atlantic Center Plaza
       Suite 900
       Atlanta, GA 30309

       Sumner C. Rosenberg
       Lawrence K. Nodine
       J. Scott Anderson
       Jeffrey H. Brickman
       BALLARD SPAHR ANDREWS & INGERSOLL, LLP
       999 Peachtree Street, Suite 1000
       Atlanta, GA 30309


       /s/ John M. Taturm
       Attorneys for Great Dane Limited Partnership

BDDB01 5658890v1
BDDB01 5645525v1