IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| GREAT DANE LIMITED PARTNERSHIP, | * |
| Plaintiff, | * |
| v. | * |
| | CASE NO. 3:08-CV-89 (CDL) |
| STOUGHTON TRAILERS, LLC and NEWCOURT, INC., | * |
| | * |
| Defendants. | * |

ORDER ON SECOND JOINT MOTION TO MODIFY
SCHEDULING/DISCOVERY ORDER

The Parties having filed their Joint Motion to Modify Scheduling/Discovery Order, IT IS ORDERED that the deadlines are extended as follows:

Plaintiff shall serve its L.P.R. 4.1 Disclosure of Infringement Contentions on or before May 7, 2009.

IT IS SO ORDERED this 27th day of April, 2009.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE