# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | | |
|---|---|---|
| GREAT DANE LIMITED PARTNERSHIP, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Case Number 3:08-cv-89 |
| STOUGHTON TRAILERS, LLC and NEWCOURT, INC., | ) ) ) | |
| Defendants. | ) ) | |

## THIRD JOINT MOTION TO MODIFY SCHEDULING/DISCOVERY ORDER

Plaintiff, Great Dane Limited Partnership ("Great Dane") and Defendants Stoughton Trailers, LLC ("Stoughton") and Newcourt, Inc. ("Newcourt") collectively, the "Parties"), jointly move the Court to modify the Scheduling/Discovery Order and, in support thereof, show the Court the following:

1. On April 27, 2009, the Court granted the parties Second Joint Motion to Modify Scheduling/Discovery Order, giving Plaintiff until May 7, 2007 to serve its L.P.R. 4.1 Disclosure of Infringement Contentions.

2. The Parties jointly stipulate to extend the deadline for Plaintiff to comply with L.P.R. 4.1 disclosure of infringement contentions presently due on May 7, 2009, to and including May 18, 2009.

BDDB01 5673389v1

3. The Parties further stipulate to extend the deadline for Defendants to comply with L.P.R. 4.3 disclosure of invalidity contentions to and including June 2, 2009.

4. The Parties are discussing a possible settlement, and believe this modification to the Scheduling/Discovery Order will help facilitate a potential resolution of this matter. As such, this motion is made in good faith and not for purpose of delay.

5. This motion will not impact other deadlines set forth in the Scheduling/Discovery Order.

Respectfully submitted, this 7th day of May, 2009.

| BAKER & DANIELS LLP | BALLARD SPAHR ANDREWS & INGERSOLL, LLP |
|---|---|
| By: /s/ R. Trevor Carter<br>R. Trevor Carter<br>*Pro Hac Vice*<br>David M. Irmscher<br>*Pro Hac Vice* | By: /s/ Sumner C. Rosenberg<br>Sumner C. Rosenberg<br>Georgia Bar No. 614550 |
| 300 North Meridian Street<br>Indianapolis, Indiana 46204<br>Telephone: (317) 237-0300<br>Facsimile: (317) 237-1000 | 999 Peachtree Street, Suite 1000<br>Atlanta, Georgia 30309<br>Telephone: (678) 420-9300<br>Fax: (678)420-9301 |
| | *ATTORNEYS FOR NEWCOURT, INC.* |
| John M. Tatum<br>Georgia Bar No. 69900 | |

BDDB01 5673389v1

| | |
|---|---|
| HUNTER, MACLEAN, EXLEY & DUNN<br>1600 Atlanta Financial Center<br>3343 Peachtree Road, N.E.<br>Atlanta, Georgia 30326-1044<br>Telephone: (404) 233-7000<br>Fax: (404) 365-9532<br><br>*ATTORNEYS FOR PLAINTIFF GREAT DANE LIMITED PARTNERSHIP* | HALL, BOOTH, SMITH & SLOVER, P.C.<br><br>By: /s/ Shaun M. Daugherty<br>    Shaun M. Daugherty<br>    Georgia Bar Number 205877<br>    Mark A. Barber<br>    Georgia Bar Number 036875<br><br>1180 West Peachtree NW<br>Atlantic Center Plaza<br>Suite 900<br>Atlanta, Georgia 30309<br>Telephone: (404) 954-5000<br>Fax: (404) 954-5020<br><br>*ATTORNEYS FOR STOUGHTON TRAILERS, LLC* |