IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| GREAT DANE LIMITED PARTNERSHIP,<br><br>    Plaintiff,<br><br>v.<br><br>STOUGHTON TRAILERS, LLC and NEWCOURT, INC.,<br><br>    Defendants. | Civil Case Number 3:08-cv-89 |

## FOURTH JOINT MOTION TO MODIFY SCHEDULING/DISCOVERY ORDER

Plaintiff, Great Dane Limited Partnership ("Great Dane") and Defendants Stoughton Trailers, LLC ("Stoughton") and Newcourt, Inc. ("Newcourt") collectively, the "Parties"), jointly move the Court to modify the Scheduling/Discovery Order and, in support thereof, show the Court the following:

    1.    On May 8, 2009, the Court granted the parties Third Joint Motion to Modify Scheduling/Discovery Order, giving Plaintiff until May 18, 2009 to serve its L.P.R. 4.1 Disclosure of Infringement Contentions and Defendants until June 2, 2009 to serve their L.P.R. 4.3 disclosure of invalidity contentions.

    2.    The Parties stipulate to extend the deadline for Plaintiff to comply with L.P.R. 4.1 disclosure of infringement contentions presently due on May 18, 2009, to and including June 8, 2009.

3. The Parties stipulate to extend the deadline for Defendants to comply with L.P.R. 4.3 disclosure of invalidity contentions presently due on June 2, 2009 to and including June 23, 2009.

4. The parties stipulate to extend the deadline to comply with L.P.R. 6.1 exchange of proposed terms to and including July 10, 2009.

5. The parties stipulate to extend the deadline to comply with L.P.R. 6.2 exchange of preliminary constructions to and including July 30, 2009.

6. The parties stipulate to extend the deadline to comply with L.P.R. 6.3 joint claim construction statement to and including August 21, 2009.

7. The parties stipulate to extend the deadline to comply with L.P.R. 6.4 completion of claim construction discovery to and including September 4, 2009.

8. The parties stipulate to extend the deadline to comply with L.P.R. 6.5 opening claim construction briefs to and including September 18, 2009.

9. The parties stipulate to extend the deadline to comply with L.P.R. 6.5 responsive claim constructions briefs to and including October 8, 2009.

10. The Parties are discussing a possible settlement, and believe this modification to the Scheduling/Discovery Order will help facilitate a potential resolution of this matter. As such, this motion is made in good faith and not for purpose of delay.

Respectfully submitted, this 18th day of May, 2009.

| HUNTER, MACLEAN, EXLEY & DUNN | BALLARD SPAHR ANDREWS & INGERSOLL, LLP |
|---|---|
| By: /s/ John M. Tatum<br>    John M. Tatum<br>    Georgia Bar No. 69900 | By: /s/ Sumner C. Rosenberg<br>    Sumner C. Rosenberg<br>    Georgia Bar No. 614550 |
| Post Office Box 9848<br>Savannah, Georgia 31412<br>Telephone: (912) 236-0261<br>Fax: (912) 236-4936 | 999 Peachtree Street, Suite 1000<br>Atlanta, Georgia 30309<br>Telephone: (678) 420-9300<br>Fax: (678)420-9301 |
| R. Trevor Carter<br>*Pro Hac Vice*<br>David M. Irmscher<br>*Pro Hac Vice*<br>BAKER & DANIELS LLP<br>300 North Meridian Street<br>Indianapolis, Indiana 46204<br>Telephone: (317) 237-0300<br>Facsimile: (317) 237-1000 | *ATTORNEYS FOR NEWCOURT, INC.*<br><br>HALL, BOOTH, SMITH & SLOVER, P.C.<br><br>By: /s/ Shaun M. Daugherty<br>    Shaun M. Daugherty<br>    Georgia Bar Number 205877<br>    Mark A. Barber<br>    Georgia Bar Number 036875 |
| *ATTORNEYS FOR PLAINTIFF GREAT DANE LIMITED PARTNERSHIP* | 1180 West Peachtree NW<br>Atlantic Center Plaza<br>Suite 900<br>Atlanta, Georgia 30309<br>Telephone: (404) 954-5000<br>Fax: (404) 954-5020<br><br>*ATTORNEYS FOR STOUGHTON TRAILERS, LLC* |