IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

GREAT DANE LIMITED PARTNERSHIP, *

    Plaintiff, *

v. *

                                  CASE NO. 3:08-CV-89 (CDL)

STOUGHTON TRAILERS, LLC and *
NEWCOURT, INC.,
                                  *

    Defendants.
_____ *

ORDER ON FOURTH JOINT MOTION TO MODIFY
SCHEDULING/DISCOVERY ORDER

The Parties having filed their Fourth Joint Motion to Modify Scheduling/Discovery Order, and the Court being duly advised in the same, IT IS ORDERED that the deadlines are extended as follows:

| ACTION | RULE | DATE DUE |
|---|---|---|
| Plaintiff's disclosure of infringement contentions | L.P.R. 4.1 | 6-8-09 |
| Defendants' disclosure of invalidity contentions | L.P.R. 4.3 | 6-23-09 |
| Exchange of proposed terms | L.P.R. 6.1 | 7-10-09 |
| Exchange of preliminary constructions | L.P.R. 6.2 | 7-30-09 |
| Joint claim construction statement | L.P.R. 6.3 | 8-21-09 |
| Completion of claim construction discovery | L.P.R. 6.4 | 9-4-09 |
| Opening claim construction briefs | L.P.R. 6.5 | 9-18-09 |
| Responsive claim construction briefs | L.P.R. 6.5 | 10-8-09 |

The Court is permitting these extensions based upon the parties' representation that they are engaging in serious settlement discussions and that these extensions will facilitate those discussions. The parties are hereby notified that there will be no further extensions that are based solely upon agreement of the parties and the "facilitate settlement" excuse. Future

requests for extensions will be closely scrutinized and will only be granted for exceptional circumstances.

This 19th day of May, 2009.

                                                          S/Clay D. Land
                                                          CLAY D. LAND
                                            UNITED STATES DISTRICT JUDGE