# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA

## NOTICE OF ERRORS AND/OR DEFICIENCIES IN DOCUMENTS FILED IN CM/ECF

**DATE:** 6/17/09  **CASE #:** 3:08-CV-89 (CDL)

**CASE TITLE:** Great Dane Limited Partnership v. Stoughton Trailers, LLC

**DOCUMENT #:** 32

**DOCUMENT TITLE:** Stipulated Protective Order

**One of the following errors/deficiencies has been identified in the document listed above:**

- ☐ Document e-filed in wrong case
- ☐ Document linked to incorrect document
- ☐ Document exceeds page limits
- ☒ **Document requires leave of Court before filing**
- ☐ Dismissal must be signed by all parties who have appeared OR by leave of court. (See Federal Rule of Civil Procedure 41.)
- ☐ Incorrect case number on document
- ☐ Incorrect event used - use event
- ☐ Document is not signed
- ☐ Proposed Order is attached incorrectly (should be filed as an attachment to the main document being e-filed
- ☐ Certificate of service is missing
- ☐ Corporate Parents and/or Other Affiliates were not added.
- ☐ Certification regarding two or more signatures is missing (see page 10 of *Administrative Procedures for Electronic Filing*)
- ☐ Discovery documents, including disclosures under FRCP 26(a)(1) and (2), discovery requests and responses, and certificates of service of discovery, are not to be filed unless accompanied by a Certificate of Need to File Discovery.
- ☐ Other:

(Continued)

## CORRECTIVE ACTION TAKEN BY THE CLERK'S OFFICE

- ☐ Docket entry has been corrected
- ☒ **Other:** **Document has been terminated.**

## CORRECTIVE ACTION REQUIRED BY THE FILER

- ☐ Document must be re-filed
- ☐ Document must be re-filed and corporate parents/other affiliates added.
- ☐ Amended document must be re-filed (and re-noticed) if applicable
- ☐ Please file a motion for leave to file document
- ☐ No further action required by the filer
- ☐ E-mail proposed order in word processing format to the appropriate division Clerk's Office mailbox via the court's internet site (www.gamd.uscourts.gov). On CM/ECF page, select Submit Documents, Submit a Proposed Order.
- ☒ **Other:** **A Motion for Protective Order must be filed. Attached the proposed order to the Motion. Also, e-mail the order in either Word or WordPerfect format to the Clerk's Office at athens.ecf@gamd.uscourts.gov.**

Gregory J. Leonard, Clerk

By: s/ Gail G. Sellers
Deputy Clerk