# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | | |
|---|---|---|
| GREAT DANE LIMITED PARTNERSHIP, | * * * | |
| Plaintiff, | * * | |
| v. | * * | Civil Case Number 3:08-cv-89 |
| STOUGHTON TRAILERS, LLC and NEWCOURT, INC., | * * * | |
| Defendants. | * | |

## JOINT MOTION FOR STIPULATED PROTECTIVE ORDER

COME NOW, the parties and jointly move the Court to enter the agreed upon Stipulated Protective Order.

The parties agree to the entry of the Stipulated Protective Order in order to prevent unnecessary dissemination or disclosure of trade secrets or other confidential or proprietary information. A copy of the Stipulated Protective Order is attached hereto and the original is submitted to the Court simultaneously with the filing of this motion.

791874-01

Respectfully submitted this 24th day of June, 2009.

| | |
|---|---|
| HUNTER, MACLEAN, EXLEY & DUNN | BALLARD SPAHR ANDREWS & INGERSOLL, LLP |
| By: /s/ John M. Tatum<br>    John M. Tatum<br>    Georgia Bar No. 69900 | By: /s/ Sumner C. Rosenberg<br>    Sumner C. Rosenberg<br>    Georgia Bar No. 614550 |
| Post Office Box 9848<br>Savannah, Georgia 31412<br>Telephone: (912) 236-0261<br>Fax: (912) 236-4936 | 999 Peachtree Street, Suite 1000<br>Atlanta, Georgia 30309<br>Telephone: (678) 420-9300<br>Fax: (678)420-9301 |
| R. Trevor Carter<br>*Pro Hac Vice*<br>David M. Irmscher<br>*Pro Hac Vice*<br>BAKER & DANIELS LLP<br>300 North Meridian Street<br>Indianapolis, Indiana 46204<br>Telephone: (317) 237-0300<br>Facsimile: (317) 237-1000 | *ATTORNEYS FOR NEWCOURT, INC.*<br><br>HALL, BOOTH, SMITH & SLOVER, P.C.<br><br>By: /s/ Shaun M. Daugherty<br>    Shaun M. Daugherty<br>    Georgia Bar Number 205877<br>    Mark A. Barber<br>    Georgia Bar Number 036875 |
| *ATTORNEYS FOR PLAINTIFF*<br>*GREAT DANE LIMITED PARTNERSHIP* | 1180 West Peachtree NW<br>Atlantic Center Plaza<br>Suite 900<br>Atlanta, Georgia 30309<br>Telephone: (404) 954-5000<br>Fax: (404) 954-5020 |
| | *ATTORNEYS FOR STOUGHTON TRAILERS, LLC* |