# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | | |
|---|---|---|
| GREAT DANE LIMITED PARTNERSHIP, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Case Number 3:08-cv-89 |
| STOUGHTON TRAILERS, LLC and NEWCOURT, INC., | ) ) ) | |
| Defendants. | ) ) | |

## JOINT MOTION FOR ENLARGEMENT OF TIME
## TO FILE JOINT CLAIM CONSTRUCTION STATEMENTS

Plaintiff, Great Dane Limited Partnership ("Great Dane") and Defendants, Stoughton Trailers LLC ("Stoughton") and Newcourt, Inc. ("Newcourt"), respectfully move the Court for an enlargement of time to and including August 27, 2009, within which to file Joint Claim Construction Statements. The request for additional time is agreed to by all parties. In further support of this motion, the parties state as follows:

1. Pursuant to the Scheduling/Discovery Order in this matter and L.P.R. 6.3, the parties are to file Joint Claim Construction Statements on August 21, 2009, which time has not yet expired.

1

2. The parties respectfully request an extension of time to and including August 27, 2009, to file Joint Claim Construction Statements.

3. This request is not made for purposes of delay, and is intended to allow the parties additional time to attempt to resolve their disputes regarding definitions for terms identified for claim construction purposes.

4. This brief extension of time will not impact other deadlines in the Scheduling/Discovery Order.

Respectfully submitted,

*s/Brandon S. Judkiins*
Brandon S. Judkins
BAKER & DANIELS LLP
300 North Meridian Street
Suite 2700
Indianapolis, IN  46204

John M. Tatum
HUNTER, MACLEAN, EXLEY & DUNN
200 East St. Julian Street
Post Office Box 9848
Savannah, Georgia 31412

*Attorney for Plaintiff Great Dane Limited Partnership*

*s/ Sumner C. Rosenberg*
Sumner C. Rosenberg
Lawrence K. Nodine
J. Scott Anderson
Jeffrey H. Brickman
BALLARD SPAHR ANDREWS &
INGERSOLL, LLP
999 Peachtree Street, Suite 1000
Atlanta, GA  30309

*Attorney for Newcourt, Inc.*

*/s Johnathan H. Margolies*
Jonathan H. Margolies
MICHAEL BEST & FRIEDRICH LLP
100 E. Wisconsin Avenue, Suite 3300
Milwaukee, WI  53202

*Attorney for Stoughton Trailers, LLC*