# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | | |
|---|---|---|
| GREAT DANE LIMITED PARTNERSHIP, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Case Number 3:08-cv-89 |
| STOUGHTON TRAILERS, LLC and NEWCOURT, INC., | ) ) ) | |
| Defendants. | ) | |

## ORDER ON THE PARTIES'JOINT MOTION FOR
## ENLARGEMENT OF TIME TO FILE
## JOINT CLAIM CONSTRUCTION STATEMENTS

The parties having filed their Joint Motion for Enlargement of Time to File Joint Claim Construction Statements, IT IS ORDERED that the deadline is extended as follows:

The parties shall file their L.P.R. 6.3 Joint Claim Construction Statements on or before August 27, 2009.

IT IS SO ORDERED this _____ day of_____, 2009.