IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| GREAT DANE LIMITED PARTNERSHIP, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Case Number 3:08-cv-89 |
| STOUGHTON TRAILERS, LLC and NEWCOURT, INC., | ) ) ) ) | |
| Defendants. | ) | |

**PARTIES' JOINT CLAIM CONSTRUCTION STATEMENT
PURSUANT TO LOCAL PATENT RULE 6.3**

I. INTRODUCTION

      Pursuant to Local Patent Rule 6.3, Plaintiff, Great Dane Limited Partnership ("Great Dane"), and Defendants, Stoughton Trailers, LLC ("Stoughton") and Newcourt, Inc. ("Newcourt"), (collectively "the Parties") submit the following statement:

II. AGREED DEFINITIONS

      The parties agree to the following definitions for terms, phrases, or clauses identified for construction.

      Front Surface: (Claim 21 of U.S. Patent No. 6,652,018 ["the '018 Patent"]) – The post surface that is closest to the interior of the trailer.

III.  DISPUTED DEFINITIONS

Each party's proposed definition of disputed claim terms, phrases, or clauses, along with the intrinsic and extrinsic evidence upon which each party intends to rely, is outlined in the chart attached hereto as "Exhibit A."

IV.  ANTICIPATED LENGTH OF CLAIM CONSTRUCTION HEARING

The parties anticipate that the time necessary for the claim construction hearing will be two hours, with one hour allotted to Plaintiff and one hour allotted to Defendants.

V.  WITNESSES

The parties are not calling witnesses at the claim construction hearing.

Dated this 27th day of August, 2009.

Respectfully submitted,

*s/Brandon S. Judkins*
Brandon S. Judkins
R. Trevor Carter
BAKER & DANIELS LLP
300 North Meridian Street
Suite 2700
Indianapolis, IN  46204

John M. Tatum
HUNTER, MACLEAN, EXLEY & DUNN
200 East St. Julian Street
Post Office Box 9848
Savannah, Georgia 31412

*Attorney for Plaintiff Great Dane Limited Partnership*

*s/ Sumner C. Rosenberg*
Sumner C. Rosenberg
Lawrence K. Nodine
J. Scott Anderson
Jeffrey H. Brickman
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
999 Peachtree Street, Suite 1000
Atlanta, GA 30309

*Attorney for Newcourt, Inc.*

*/s Jonathan H. Margolies*
Jonathan H. Margolies
MICHAEL BEST & FRIEDRICH LLP
100 E. Wisconsin Avenue, Suite 3300
Milwaukee, WI 53202

*Attorney for Stoughton Trailers, LLC*