PARTIES' PROPOSED TERMS, PRELIMINARY CLAIM CONSTRUCTIONS, EXTRINSIC EVIDENCE
AND INTRINSIC EVIDENCE FOR U.S. PATENT NOS. 6,652,018 AND 6,923,493
EXHIBIT A

| Term/Phrases | Great Dane | Extrinsic Evidence | Intrinsic Evidence[1] | Stoughton/ Newcourt | Extrinsic Evidence | Intrinsic Evidence |
|---|---|---|---|---|---|---|
| *Covers*<br><br>'018 Patent– claims 2, 18, and 23<br><br>'493 Patent– claim 7 | completely overlays | *Merriam Webster's Collegiate Dictionary*, 10th ed. ("Webster's Dictionary"): *Covers* – (2) something that is placed over or about another thing | '018 Patent - Column 6, Lines 18-22; Column 7, Lines 13-20; '493 Patent Claim 3 | *overlay or lie over* | | '018 patent, Col. 3, ll. 60-63 Col. 8, ll. 9-20 Col. 6, ll. 12-33 Figs. 10, 11, 22 |
| *Said plurality of liner panels include a plurality of discrete said backers sharing a common said facer, so that said common facer covers said vertical posts*<br><br>'018 Patent – claim 23 | multiple liner panels in which each liner panel has more than one backer sharing a single facer, arranged so that the facer completely overlays more than one vertical post | *Webster's Dictionary: Common* – (2)(a) belonging to or shared by two or more individuals or things or by all members of a group<br><br>*Webster's Dictionary: Covers* – (2) something that is placed over or about another thing | '018 Patent - Column 6, Lines 18-22; '018 Patent Claims 15 and 16 | a single metal facer covers all the posts such that the facer extends the entire length of the side wall inner surface and covers more than one backer | | '018 patent, Col. 8, ll. 9-20 Fig. 22 |
| *Area depressed*<br><br>'493 Patent - claims 16, 17, and 25 | an area recessed from the nearby area | *Webster's Dictionary: Depressed* – (2)(b) having the central part lower than the margin | '018 Patent Column 8, Lines 33-51 | A portion of the backer pre-formed, prior to attachment of the panel to the post, to be sunken away from the inward side. | *Webster's Dictionary: Depress* – 2(b) – to cause to sink to a lower position | '018 patent, Col. 8, ll. 33-51 Fig. 8 Claim language of claims 16, 17, and 25 of the '493 patent |

---

[1] The intrinsic evidence section of this chart includes references by Great Dane, Stoughton, and Newcourt to the specification of the '018 Patent. The parties intend these references to also cover corresponding sections of the specification of the '493 Patent.

1

| Term/Phrases | Great Dane | Extrinsic Evidence | Intrinsic Evidence[1] | Stoughton/ Newcourt | Extrinsic Evidence | Intrinsic Evidence |
|---|---|---|---|---|---|---|
| *Deflects into said area*<br><br>'493 Patent – claims 16, 17, and 25 | extends into the area | | '018 Patent Column 8, Lines 33-51 | the facer is indented into the backer's sunken portion prior to attachment of the panel to the post | *Webster's Dictionary*: Depress – 2(b) – to cause to sink to a lower position | '018 patent, col. 8, ll. 33-51<br>Fig. 8<br>Language of '493 patent claims 16, 17, and 25 |
| *Define a recess*<br><br>'493 Patent – claims 16, 17, and 23 | an indentation | *Webster's Dictionary*: *Recess* – (3)(a) Indentation, Cleft | '018 Patent Column 8, Lines 33-51 | the facer is indented into the backer's sunken portion and, prior to attachment of the panel to the post, they pre-form a recess in the panel. | *Webster's Dictionary*: Depress – 2(b) – to cause to sink to a lower position | '018 patent, col. 8, ll. 33-51<br>Fig. 8<br>Language of '493 patent claims 16, 17, and 23 |
| *Define said recess*<br><br>'493 Patent – claim 25 | an indentation | *Webster's Dictionary*: *Recess* – (3)(a) Indentation, Cleft | '018 Patent Column 8, Lines 33-51 | the facer is indented into the backer's sunken portion and, prior to attachment of the panel to the post, they pre-form a recess in the panel. | *Webster's Dictionary*: Depress – 2(b) – to cause to sink to a lower position | '018 patent, col. 8, ll. 33-51<br>Fig. 8<br>Language of '493 patent claim 25 |
| *Backer defines an area depressed from said inward side of said backer*<br><br>'493 Patent – claim 16 | an area of the backer that is recessed from the nearby surface of the backer that generally faces the interior of the trailer. | *Webster's Dictionary*: *Depressed* – (2)(b) having the central part lower than the margin<br><br>*Webster's Dictionary*: *Inward* – (4) directed toward the interior | '018 Patent Column 8, Lines 33-51 | a sunken portion pre-formed in the backer, prior to attachment of the panel to the post away from the backer's inward side | *Webster's Dictionary*: Depress – 2(b) – to cause to sink to a lower position | '018 patent, col. 8, ll. 33-51<br>Fig. 8<br>Language of '493 patent claim 16 |

BDDB01 5819705v1

| Term/Phrases | Great Dane | Extrinsic Evidence | Intrinsic Evidence[1] | Stoughton/ Newcourt | Extrinsic Evidence | Intrinsic Evidence |
|---|---|---|---|---|---|---|
| *Facer deflects into said area so that said facer and said backer define a recess*<br><br>'493 Patent – claim 16 | an area of the facer that extends into an area depressed from the nearby surface of the backer, creating an indentation | *Webster's Dictionary*: *Recess* – (3)(a) Indentation, Cleft | '018 Patent Column 8, Lines 33-51 | the facer is indented into the backer's sunken portion and, prior to attachment of the panel to the post, they pre-form a recess in the panel. | *Webster's Dictionary*: Depress – 2(b) – to cause to sink to a lower position | '018 patent, col. 8, ll. 33-51<br>Fig. 8<br>Language of '493 patent claim 16 |
| *Defines an area depressed from said inward side of said backer*<br><br>'493 Patent – claim 17 | an area of the backer that is recessed from the nearby surface of the backer that generally faces the interior of the trailer | *Webster's Dictionary*: *Depressed* – (2)(b) having the central part lower than the margin<br><br>*Webster's Dictionary*: *Inward* – (4) directed toward the interior | '018 Patent Column 8, Lines 33-51 | A sunken portion pre-formed in the backer, prior to attachment of the panel to the post, away from the backer's inward side | *Webster's Dictionary*: Depress – 2(b) – to cause to sink to a lower position | '018 patent, col. 8, ll. 33-51<br>Fig. 8<br>Language of '493 patent claim 17 |
| *Define a recess at said inner surface*<br><br>'493 Patent – claim 17 | an indentation at the surface that generally faces the interior of the trailer | *Webster's Dictionary*: *Recess* – (3)(a) Indentation, Cleft | '018 Patent Column 8, Lines 33-51 | the facer is indented into the backer's sunken portion and, prior to attachment of the panel to the post, they pre-form a recess in the panel | *Webster's Dictionary*: Depress – 2(b) – to cause to sink to a lower position | '018 patent, col. 8, ll. 33-51<br>Fig. 8<br>Language of '493 patent claim 17 |
| *Define a recess*<br><br>'493 Patent – claims 23 and 25 | an indentation | *Webster's Dictionary*: *Recess* – (3)(a) Indentation, Cleft | '018 Patent Column 8, Lines 33-51 | the facer is indented into the backer's sunken portion and, prior to attachment of the panel to the post, they pre-form a recess in the panel | *Webster's Dictionary*: Depress – 2(b) – to cause to sink to a lower position | '018 patent, col. 8, ll. 33-51<br>Fig. 8<br>Language of '493 patent claims 23 and 25 |
| *Said recess*<br><br>'493 Patent – claim 24 | an indentation | *Webster's Dictionary*: *Recess* – (3)(a) Indentation, Cleft | '018 Patent Column 8, Lines 33-51 | the recess pre-formed in the facer and backer | *Webster's Dictionary*: Depress – 2(b) – to cause to sink to a lower position | '018 patent, col. 8, ll. 33-51<br>Fig. 8<br>Language of '493 patent claim 24 |

BDDB01 5819705v1

| Term/Phrases | Great Dane | Extrinsic Evidence | Intrinsic Evidence[1] | Stoughton/ Newcourt | Extrinsic Evidence | Intrinsic Evidence |
|---|---|---|---|---|---|---|
| *Recesses* '493 Patent – claim 24 | multiple indentations | *Webster's Dictionary*: *Recess* – (3)(a) Indentation, Cleft | '018 Patent Column 8, Lines 33-51 | a plurality of recesses pre-formed in the panel by the facer and backer | | '018 patent, col. 8, ll. 33-51 Fig. 8 Language of '493 patent claim 24 |
| *Depressed from said inward side of said backer* 493 Patent – claim 25 | an area of the backer that is recessed from the nearby surface of the backer, generally facing the interior of the trailer | *Webster's Dictionary*: *Depressed* – (2)(b) having the central part lower than the margin  *Webster's Dictionary*: *Inward* – (4) directed toward the interior | '018 Patent Column 8, Lines 33-51 | A sunken portion pre-formed in the backer, prior to the attachment of the panel to the post, away from the backer's inward side | *Webster's Dictionary*: Depress – 2(b) – to cause to sink to a lower position | '018 patent, col. 8, ll. 33-51 Fig. 8 Language of '493 patent claim 25 |
| *Received in said recess* '493 Patent – claims 16, 17, and 23 | received within an indentation | *Webster's Dictionary*: *Recess* – (3)(a) Indentation, Cleft | '018 Patent Column 4, Line 53-Column 5, Line 12; Column 8, Lines 33-51 | the pre-formed recess accepts the fastener such that the head resides below the inward surface of the panel. | | '018 patent, col. 8, ll. 33-51 Fig. 8 Language of '493 patent claims 16, 17, and 23 |
| *Respective said recesses* '493 Patent – claim 19 | indentations | *Webster's Dictionary*: *Recess* – (3)(a) Indentation, Cleft | '018 Patent Column 4, Line 53-Column 5, Line 12; Column 8, Lines 33-51 | the pre-formed recesses in the panel that accept the fastener such that the head resides below the inward surface of the panel | | '018 patent, col. 8, ll. 33-51 Fig. 8 Language of '493 patent claim 19 |
| *Is received in said recess and abuts said facer* '493 Patent – claim 17 | received in an indentation and contacting the facer | *Webster's Dictionary*: *Recess* – (3)(a) Indentation, Cleft  *Webster's Dictionary*: *Abuts* – (2)(a) to terminate at a point of contact | '018 Patent Column 4, Line 53-Column 5, Line 12; Column 8, Lines 33-51 | the pre-formed recess accepts the fastener such that the head resides below the inward surface of the panel | | '018 patent, col. 8, ll. 33-51 Fig. 8 Language of '493 patent claim 17 |

BDDB01 5819705v1

| Term/Phrases | Great Dane | Extrinsic Evidence | Intrinsic Evidence[1] | Stoughton/ Newcourt | Extrinsic Evidence | Intrinsic Evidence |
|---|---|---|---|---|---|---|
| *Defines an overhang portion that extends beyond an edge of said backer*<br><br>'018 Patent – claim 1 | a portion of the facer that extends beyond an edge of the backer | *Webster's Dictionary*: *Overhang* – (1) to project over; (2) to impend over | '018 Patent Column 6, Lines 12-33; Column 6, Line 54-Column 7, Line 45;Column 8, Lines 26-30; Column 9, Lines 20-45; '018 Patent Claims 2, 3, 4, 7, 18, 20, 22, 24, 29, 31, 32, 34, and 50; '493 Patent Claims 3, 7, 8, 9, 12 | an overhang portion is a segment of the facer that is long enough to fold over the backer | | '018 patent, Col. 6, ll. 12-27 Col. 7, ll. 5-12 Col. 7, ll. 21-28 Figs. 6-9, 17 |
| *Overhang portion*<br><br>'018 Patent – claims 1, 2, 3, 18<br><br>'493 Patent – claims 6, 7, 8, 12, and 22 | a portion of the facer that extends beyond an edge of the backer | *Webster's Dictionary*: *Overhang* – (1) to project over; (2) to impend over | '018 Patent Column 6, Lines 12-33; Column 6, Line 54-Column 7, Line 45;Column 8, Lines 26-30; Column 9, Lines 20-45; '018 Patent Claims 2, 3, 4, 7, 18, 20, 22, 24, 29, 31, 32, 34, and 50; '493 Patent Claims 3, 7, 8, 9, 12 | an overhang portion is a segment of the facer that is long enough to fold over the backer | | '018 patent, Col. 6, ll. 12-27 Col. 7, ll. 5-12 Col. 7, ll. 21-28 Figs. 6-9, 17 |

BDDB01 5819705v1

| Term/Phrases | Great Dane | Extrinsic Evidence | Intrinsic Evidence[1] | Stoughton/ Newcourt | Extrinsic Evidence | Intrinsic Evidence |
|---|---|---|---|---|---|---|
| *Defines an overhang portion*<br><br>'493 Patent – claims 6 and 17 | a portion of the facer that extends beyond an edge of the backer | *Webster's Dictionary*: *Overhang* – (1) to project over; (2) to impend over | '018 Patent Column 6, Lines 12-33; Column 6, Line 54- Column 7, Line 45;Column 8, Lines 26-30; Column 9, Lines 20-45; '018 Patent Claims 2, 3, 4, 7, 18, 20, 22, 24, 29, 31, 32, 34, and 50; '493 Patent Claims 3, 7, 8, 9, 12 | an overhang portion is a segment of the facer that is long enough to fold over the backer | | '018 patent, Col. 6, ll. 12-27 Col. 7, ll. 5-12 Col. 7, ll. 21-28 Figs. 6-9, 17 |
| *Edge*<br><br>'018 Patent – claims 1, 2 and 18<br><br>'493 Patent – claim 7 | a boundary where a thing begins or ends | *Webster's Dictionary*: *Edge* – (2)(a) the line where an object or area begins or ends; (2)(c) a point near the beginning or the end | | the end of the backer panel | | '018 patent, Col. 6, ll. 12-22 Col. 7, ll. 16-18 Figs. 6-9, 22 |
| *Edge surface*<br><br>'018 Patent – claims 2, 3, and 18<br><br>'493 Patent – claims 7 and 12 | a surface where the backer begins or ends that is generally perpendicular to the inner surface of the trailer side wall | *Webster's Dictionary*: *Edge* – (2)(a) the line where an object or area begins or ends; (2)(c) a point near the beginning or the end<br><br>*Webster's Dictionary*: *Surface* – (1) the exterior or upper boundary of an object or body; (3)(a) the external or superficial aspect of something | | the vertical surface at the end of the backer panel | | '018 patent Col. 10, ll. 6-9 Figs. 6-9 |
| *Edge of said backer*<br><br>'493 Patent – claims 17 and 22 | a boundary where a thing begins or ends | *Webster's Dictionary*: *Edge* – (2)(a) the line where an object or area begins or ends; (2)(c) a | | the end of the backer panel | | '018 patent, Col. 6, ll. 12-22 Col. 7, ll. 16-18 Figs. 6-9, 22 |

BDDB01 5819705v1

| Term/Phrases | Great Dane | Extrinsic Evidence | Intrinsic Evidence[1] | Stoughton/ Newcourt | Extrinsic Evidence | Intrinsic Evidence |
|---|---|---|---|---|---|---|
| | | point near the beginning or the end | | | | |

BDDB01 5819705v1

| Term/Phrases | Great Dane | Extrinsic Evidence | Intrinsic Evidence[1] | Stoughton/ Newcourt | Extrinsic Evidence | Intrinsic Evidence |
|---|---|---|---|---|---|---|
| *Vertical edge*<br><br>'493 Patent – claim 12 | a boundary where the backer begins or ends that is generally perpendicular to the ground on which the trailer is located | *Webster's Dictionary*: *Vertical* – (2)(a) a perpendicular to the plane of the horizon or to a primary axis; (2)(b) located at right angles to the plane of a supporting surface<br><br>*Webster's Dictionary*: *Edge* – (2)(a) the line where an object or area begins or ends; (2)(c) a point near the beginning or the end | | the boundary formed between the vertical and horizontal surfaces of backer | | '018 patent Figs. 6-9 |
| *Defines stepped-down flanges on opposite sides of a front face of said post that receive vertical sides of respective said adjacent liner panels*<br><br>'018 Patent – claim 1, 19 | this phrase requires no construction | *Webster's Dictionary*: *Flange* – (1)(a) a rib or rim for strength, for guiding, or for attachment to another object<br><br>*Webster's Dictionary*: *Stepped* – (7) to construct or arrange in or as if in steps | | The flanges which are arranged in steps are ribs or rims that extend the length of the post, away from the front face of the post, and form a structure, such as a recess, for the attachment of the liner panels. | *Webster's Dictionary Flange* – (1)(a) a rib or rim . . . for attachment . . . | '018 patent Col. 7, l. 45 – Col. 8, l. 1 Figs. 2, 3, 5-7 |
| *Stepped-down flanges*<br><br>'493 Patent – claim 14 | this phrase requires no construction | *Webster's Dictionary*: *Flange* – (1)(a) a rib or rim for strength, for guiding, or for attachment to another object<br><br>*Webster's Dictionary*: *Stepped* – (7) to construct or arrange in or as if in steps | | the flanges which are arranged in steps are ribs or rims that extend the length of the post away from the front face of the post, and forma structure such as a recess for the attachment of the liner panels | *Webster's Dictionary Flange* – (1)(a) a rib or rim . . . for attachment . . . | '018 patent Col. 7, l. 45 – Col. 8,, l. 1 Figs. 2, 3, 5-7 |

BDDB01 5819705v1

| Term/Phrases | Great Dane | Extrinsic Evidence | Intrinsic Evidence[1] | Stoughton/ Newcourt | Extrinsic Evidence | Intrinsic Evidence |
|---|---|---|---|---|---|---|
| *Said flanges*<br><br>'493 Patent – claim 14 | this phrase requires no construction | *Webster's Dictionary*: *Flange* – (1)(a) a rib or rim for strength, for guiding, or for attachment to another object | | refers back to stepped-down flanges | *Webster's Dictionary Flange* – (1)(a) a rib or rim . . . for attachment . . . | '018 patent Col. 7, l. 45 – Col. 8, l. 1<br>Figs. 2, 3, 5-7<br>'493 Patent language of claim 14 |
| *Adjacent*<br><br>'493 Patent – claim 13 | close to or nearby | *Webster's Dictionary*: *Adjacent* – (1)(a) not distant: nearby | '018 Patent Column 2, Lines 3-5; '493 Patent Claims 2 and 5 | next to | | '018 patent Col. 5, ll. 26-29<br>Fig. 7<br>'493 patent language of claim 13 |
| *To a respective said vertical post between said adjacent liner panels*<br><br>'493 Patent – claim 21 | This phrase requires no construction | *Webster's Dictionary*: *Vertical* – (2)(a) a perpendicular to the plane of the horizon or to a primary axis; (2)(b) located at right angles to the plane of a supporting surface<br><br>*Webster's Dictionary*: *Adjacent* – (1)(a) not distant: nearby | | the panels are next to each other | | '018 patent Col. 5, ll. 26-29<br>Fig. 7<br>'493 patent language of claim 21 |

9