

# WEBSTER'S
# Ninth New
# Collegiate
# Dictionary

EXHIBIT A

**Adé·lie penguin** \ə-ˌdā-lē-\ n [*Adélie* Coast, Antarctica] (1907) : a small antarctic penguin (*Pygoscelis adeliae*) — called also **Adélie**

**-adel·phous** \ə-'del-fəs\ *adj comb form* [prob. fr. NL *-adelphus*, fr. Gk *adelphos* brother, fr. *ha-, a-* (akin to *homos* same) + *delphys* womb — more at SAME, DOLPHIN] : having (such or so many) stamen fascicles ⟨monadelphous⟩

**aden-** *or* **adeno-** *comb form* [NL, fr. Gk, fr. *aden-, adēn*; akin to L *inguen* groin, Gk *nephros* kidney — more at NEPHRITIS] : gland ⟨adenitis⟩

**ad·e·nine** \'ad-ᵊn-ˌēn\ n [ISV, fr. its presence in glandular tissue] (1885) : a purine base $C_5H_5N_5$ that codes hereditary information in the genetic code in DNA and RNA — compare CYTOSINE, GUANINE, THYMINE, URACIL

**ad·e·ni·tis** \ˌad-ᵊn-'īt-əs\ n [NL] (ca. 1848) : inflammation of a gland; *esp* : LYMPHADENITIS

**ad·e·no·car·ci·no·ma** \ˌad-ᵊn-(ˌ)ō-ˌkärs-ᵊn-'ō-mə\ n [NL] (ca. 1889) : a malignant tumor originating in glandular epithelium — **ad·e·no·car·ci·no·ma·tous** \-mət-əs\ *adj*

**ad·e·no·hy·poph·y·sis** \-hī-'päf-ə-səs\ n, pl **-y·ses** \-ˌsēz\ [NL] (1935) : the anterior glandular lobe of the pituitary gland — **ad·e·no·hy·poph·y·se·al** \-(ˌ)hī-ˌpäf-ə-'sē-əl\ *or* **ad·e·no·hy·po·phys·i·al** \-ˌhī-pə-'fiz-ē-əl\ *adj*

**¹ad·e·noid** \'ad-ᵊn-ˌoid, 'ad-ˌnoid\ n [Gk *adenoeidēs* glandular, fr. *adēn*] (ca. 1890) : an enlarged mass of lymphoid tissue at the back of the pharynx characteristically obstructing breathing — usu. used in pl.

**²adenoid** *adj* (1947) 1 : of or relating to the adenoids 2 : relating to, affected with, or associated with abnormally enlarged adenoids ⟨a severe ~ condition⟩ ⟨~ facies⟩

**ad·e·noi·dal** \ˌad-ᵊn-'oid-ᵊl\ *adj* (1919) : typical or suggestive of one affected with abnormally enlarged adenoids : ADENOID ⟨an ~ tenor⟩ — not usu. used technically

**ad·e·no·ma** \ˌad-ᵊn-'ō-mə\ n, pl **-mas** or **-ma·ta** \-mət-ə\ [NL *adenomat-, adenoma*] (1870) : a benign tumor of a glandular structure or of glandular origin — **ad·e·no·ma·tous** \-mət-əs\ *adj*

**aden·o·sine** \ə-'den-ə-ˌsēn, sən\ n [ISV, blend of *adenine* and *ribose*] (ca. 1909) : a nucleoside $C_{10}H_{13}N_5O_4$ that is a constituent of RNA yielding adenine and ribose on hydrolysis

**adenosine diphosphate** n (1938) : ADP

**adenosine mo·no·phos·phate** \-ˌmän-ə-'fäs-ˌfāt, -ˌmō-nə-\ n (1950) : AMP

**adenosine 3',5'–monophosphate** \-ˌthrē-ˌfīv-\ n (1970) : CYCLIC AMP

**adenosine tri·phos·pha·tase** \-trī-'fäs-fə-ˌtās, -ˌtāz\ n (1943) : ATPASE

**adenosine tri·phos·phate** \-trī-'fäs-ˌfāt\ n (1938) : ATP

**ad·e·no·vi·rus** \ˌad-ᵊn-ō-'vī-rəs\ n [*adenoid* + *-o- + virus*] (ca. 1956) : any of a group of DNA-containing viruses orig. identified in human adenoid tissue, causing respiratory diseases (as catarrh), and including some capable of inducing malignant tumors in experimental animals — **ad·e·no·vi·ral** \-rəl\ *adj*

**ad·e·nyl·ate cy·clase** \ə-ˌden-ᵊl-ət-'sī-ˌklās, ˌad-ᵊn-(ˌ)il-, -ˌāt-, -ˌklāz\ n (1968) : an enzyme that catalyzes the formation of cyclic AMP from ATP

**ad·e·nyl cyclase** \ˌad-ᵊn-ˌil-\ n (1968) : ADENYLATE CYCLASE

**ad·e·nyl·ic acid** \ˌad-ᵊn-ˌil-ik-\ n (ca. 1894) : AMP

**¹ad·ept** \'ad-ˌept\ n [NL *adeptus* alchemist who has attained the knowledge of how to change base metals into gold, fr. L, pp. of *adipisci* to attain, fr. *ad-* + *apisci* to reach — more at APT] (1685) : a highly skilled or well-trained individual : EXPERT ⟨an ~ at chess⟩

**²adept** \ə-'dept, a-; 'ad-ˌept\ *adj* (1691) : thoroughly proficient : EXPERT *syn* see PROFICIENT — **adept·ly** \ə-'dep-(t)lē, a-\ *adv* — **adept·ness** \-'dep(t)-nəs\ n

**ad·e·qua·cy** \'ad-i-kwə-sē\ n, pl **-cies** (1808) : the quality or state of being adequate

**ad·e·quate** \-kwət\ *adj* [L *adaequatus*, pp. of *adaequare* to make equal, fr. *ad-* + *aequare* to equal — more at EQUATE] (1617) 1 : sufficient for a specific requirement ⟨~ taxation of goods⟩; *esp* : barely sufficient or satisfactory ⟨her first performance was merely ~⟩ 2 : lawfully and reasonably sufficient *syn* see SUFFICIENT — **ad·e·quate·ly** *adv* — **ad·e·quate·ness** n

**ad eun·dem** \ˌad-ē-'ən-dəm\ *or* **ad eundem gra·dum** \-'grād-əm\ *adv or adj* [NL *ad eundem gradum*] (1711) : to, in, or of the same rank — used esp. of the honorary granting of academic standing or a degree by a university to one whose actual work was done elsewhere

**¹à deux** \ä-'də(r), ä-'dœ\ *adj* [F] (1886) : involving two people esp. in private ⟨a cozy evening *à deux*⟩

**²à deux** *adv* (1927) : privately or intimately with only two present ⟨dined *à deux*⟩

**ad·here** \ad-'hi(ə)r, əd-\ *vb* **ad·hered; ad·her·ing** [MF or L; MF *adhérer*, fr. L *adhaerēre*, fr. *ad-* + *haerēre* to stick — more at HESITATE] *vi* (1597) 1 : to give support or maintain loyalty 2 *obs* : to be consistent : ACCORD 3 : to hold fast or stick by or as if by gluing, suction, grasping, or fusing 4 : to bind oneself to observance ~ *vt* : to cause to stick fast *syn* see STICK

**ad·her·ence** \-'hir-ən(t)s\ n (1531) 1 : the act, action, or quality of adhering 2 : steady or faithful attachment : FIDELITY

**ad·her·end** \-'hi(ə)r-ˌend, ˌad-ˌhi(ə)r-'\ n [*adhere* + *-end* (as in *addend*)] (1946) 1 : the surface to which an adhesive adheres 2 : one of the bodies held to another by an adhesive

**¹ad·her·ent** \ad-'hir-ənt, əd-\ *adj* [ME, fr. MF or L; MF *adhérent*, fr. L *adhaerent-, adhaerens*, prp. of *adhaerēre*] (14c) 1 : able or tending to adhere 2 : connected or associated with esp. by contract 3 : ADNATE — **ad·her·ent·ly** *adv*

**²adherent** n (15c) : one that adheres: as **a** : a follower of a leader, party, or profession **b** : a believer in or advocate esp. of a particular idea or church *syn* see FOLLOWER

**ad·he·sion** \ad-'hē-zhən, əd-\ n [F *adhésion*, fr. L *adhaesion-, adhaesio*, fr. *adhaesus*, pp. of *adhaerēre*] (1624) 1 : steady or firm attachment : ADHERENCE 2 : the action or state of adhering; *specif* : a union of bodily parts by growth 3 : the abnormal union of separate tissue surfaces by new fibrous tissue resulting from an inflammatory process; *also* : the newly formed uniting tissue 4 : agreement to join 5 : the molecular attraction exerted between the surfaces of bodies in contact — **ad·he·sion·al** \-'hēzh-nəl, -'hē-zhən-ᵊl\ *adj*

**¹ad·he·sive** \-'hē-siv, -ziv\ *adj* (1670) 1 : tending to remain in association or memory 2 : tending to adhere or cause adherence 3 : prepared for adhering — **ad·he·sive·ly** *adv* — **ad·he·sive·ness** n

**²adhesive** n (1912) 1 : an adhesive substance (as glue or cement) 2 : a postage stamp with a gummed back

**adhesive binding** n (1955) : PERFECT BINDING — **ad·he·sive–bound** \-ˌbaúnd\ *adj*

**adhesive tape** n (ca. 1928) : tape coated on one side with an adhesive mixture; *esp* : one used for covering wounds

**¹ad hoc** \(ˌ)ad-'häk, -'hōk; (ˌ)äd-'hōk\ *adv* [L, for this] (1659) : for the particular end or case at hand without consideration of wider application

**²ad hoc** *adj* (1879) 1 **a** : concerned with a particular end or purpose ⟨an *ad hoc* investigating committee⟩ **b** : formed or used for specific or immediate problems or needs ⟨*ad hoc* solutions⟩ 2 : fashioned from whatever is immediately available : IMPROVISED ⟨large *ad hoc* parades and demonstrations —Nat Hentoff⟩

**¹ad ho·mi·nem** \(ˌ)ad-'häm-ə-ˌnem, -nəm\ *adj* [NL, lit., to the man] (1598) 1 : appealing to a person's feelings or prejudices rather than his intellect 2 : marked by an attack on an opponent's character rather than by an answer to his contentions

**²ad hominem** *adv* (1883) : in an ad hominem manner ⟨was arguing *ad hominem*⟩

**adi·a·bat·ic** \ˌad-ē-ə-'bat-ik, ˌā-ˌdī-ə-\ *adj* [Gk *adiabatos* impassable, fr. *a-* + *diabatos* passable, fr. *diabainein* to go across, fr. *dia-* + *bainein* to go — more at COME] (1870) : occurring without loss or gain of heat ⟨~ expansion of a body of air⟩ — **adi·a·bat·i·cal·ly** \-i-k(ə-)lē\ *adv*

**adieu** \ə-'d(y)ü, a-\ n, pl **adieus** *or* **adieux** \-'d(y)üz\ [ME, fr. MF, fr. *a* (fr. L *ad*) + *Dieu* God, fr. L *Deus* — more at DEITY] (14c) : FAREWELL — often used interjectionally

**ad in·fi·ni·tum** \ˌad-ˌin-fə-'nīt-əm *also* ˌäd-\ *adv or adj* [L] (1610) : without end or limit

**¹ad in·ter·im** \(ˌ)ad-'in-tə-rəm, -ˌrim\ *adv* [L] (1787) : for the intervening time : TEMPORARILY

**²ad interim** *adj* (1818) : made or serving ad interim

**adi·os** \ˌad-ē-'ōs, ˌäd-\ *interj* [Sp *adiós*, fr. *a* (fr. L *ad*) + *Dios* God, fr. L *Deus*] (1837) — used to express farewell

**ad·i·pose** \'ad-ə-ˌpōs\ *adj* [NL *adiposus*, fr. L *adip-, adeps* fat, fr. Gk *aleipha*; akin to Gk *lipos* fat] (1743) : of or relating to animal fat; *broadly* : FAT — **ad·i·pos·i·ty** \ˌad-ə-'päs-ət-ē\ n

**adipose tissue** n (1854) : connective tissue in which fat is stored and which has the cells distended by droplets of fat

**ad·it** \'ad-ət\ n [L *aditus* approach, fr. *aditus*, pp. of *adire* to go to, fr. *ad-* + *ire* to go — more at ISSUE] (1602) : a nearly horizontal passage from the surface in a mine

**ad·ja·cen·cy** \ə-'jās-ᵊn-sē\ n, pl **-cies** (1646) 1 : something that is adjacent 2 : the quality or state of being adjacent : CONTIGUITY

**ad·ja·cent** \ə-'jās-ᵊnt\ *adj* [ME, fr. MF or L; MF, fr. L *adjacent-, adjacens*, prp. of *adjacēre* to lie near, fr. *ad-* + *jacēre* to lie; akin to L *jacere* to throw — more at JET] (15c) 1 **a** : not distant : NEARBY ⟨the city and ~ suburbs⟩ **b** : having a common endpoint or border ⟨~ lots⟩ ⟨~ sides of a triangle⟩ **c** : immediately preceding or following 2 *of two angles* : having the vertex and one side in common — **ad·ja·cent·ly** *adv*

*syn* ADJACENT, ADJOINING, CONTIGUOUS, JUXTAPOSED mean being in close proximity. ADJACENT may or may not imply contact but always implies absence of anything of the same kind in between; ADJOINING definitely implies meeting and touching at some point or line; CONTIGUOUS implies having contact on all or most of one side; JUXTAPOSED means placed side by side esp. so as to permit comparison and contrast.

**ad·jec·ti·val** \ˌaj-ik-'tī-vəl\ *adj* (1797) 1 : ADJECTIVE 2 : characterized by the use of adjectives — **ad·jec·ti·val·ly** \-və-lē\ *adv*

**¹ad·jec·tive** \'aj-ik-tiv *also* 'aj-ət-iv\ *adj* [ME, fr. MF or LL; MF *adjectif*, fr. LL *adjectivus*, fr. L *adjectus*, pp. of *adicere* to throw to, fr. *ad-* + *jacere* to throw — more at JET] (14c) 1 : of, relating to, or functioning as an adjective ⟨an ~ clause⟩ 2 : not standing by itself : DEPENDENT 3 : requiring or employing a mordant ⟨~ dyes⟩ 4 : PROCEDURAL ⟨~ law⟩ — **ad·jec·tive·ly** *adv*

**²adjective** n (14c) : a word belonging to one of the major form classes in any of numerous languages and typically serving as a modifier of a noun to denote a quality of the thing named, to indicate its quantity or extent, or to specify a thing as distinct from something else

**ad·join** \ə-'jòin, a-\ *vb* [ME *adjoinen*, fr. MF *adjoindre*, fr. L *adjungere*, fr. *ad-* + *jungere* to join — more at YOKE] *vt* (14c) 1 : to add or attach by joining 2 : to lie next to or in contact with ~ *vi* : to be close to or in contact with one another

**ad·join·ing** *adj* (15c) : touching or bounding at a point or line *syn* see ADJACENT

**ad·joint** \'aj-ˌòint\ n [F, fr. pp. of *adjoindre* to adjoin] (ca. 1909) : the transpose of a matrix in which each element is replaced by its cofactor

**ad·journ** \ə-'jərn\ *vb* [ME *ajournen*, fr. MF *ajourner*, fr. *a-* (fr. L *ad-*) + *jour* day — more at JOURNEY] *vt* (14c) : to suspend indefinitely or until a later stated time ~ *vi* 1 : to suspend a session to another time or place or indefinitely 2 : to move to another place

**ad·journ·ment** \-mənt\ n (1607) 1 : the act of adjourning 2 : the state or interval of being adjourned

**ad·judge** \ə-'jəj\ *vt* **ad·judged; ad·judg·ing** [ME *ajugen*, fr. MF *ajugier*, fr. L *adjudicare*, fr. *ad-* + *judicare* to judge — more at JUDGE] (14c) 1 **a** : to decide or rule upon as a judge : ADJUDICATE **b** : to pronounce judicially : RULE 2 *archaic* : SENTENCE, CONDEMN 3 : to hold or pronounce to be : DEEM ⟨~ the book a success⟩ 4 : to award or grant judicially in a case of controversy

**ad·ju·di·cate** \ə-'jüd-i-ˌkāt\ *vb* **-cat·ed; -cat·ing** *vt* (1775) : to settle judicially ~ *vi* : to act as judge — **ad·ju·di·ca·tive** \-ˌkāt-iv, -kət-\ *adj* — **ad·ju·di·ca·tor** \-ˌkāt-ər\ n

**ad·ju·di·ca·tion** \ə-ˌjüd-i-'kā-shən\ n [F or LL; F, fr. LL *adjudicatio*, fr. L *adjudicatus*, pp. of *adjudicare*] (1691) 1 : the act or process of adjudicating 2 **a** : a judicial decision or sentence **b** : a decree in bankruptcy — **ad·ju·di·ca·to·ry** \-'jüd-i-kə-ˌtōr-ē, -ˌtòr-\ *adj*