IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| GREAT DANE LIMITED PARTNERSHIP, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Case Number 3:08-cv-89 |
| STOUGHTON TRAILERS, LLC and NEWCOURT, INC., | ) ) ) ) | |
| Defendants. | ) | |

**LIST OF EXHIBITS SUBMITTED IN SUPPORT OF PLAINTIFF GREAT DANE LIMITED PARTNERSHIP'S OPENING CLAIM CONSTRUCTION BRIEF**

U.S. Patent No. 6,652,018..................................................................................Exhibit A

U.S. Patent No. 6,923,493..................................................................................Exhibit B

Excerpts from Merriam Webster's Collegiate Dictionary, 10th Ed. ................Exhibit C

Defendant Stoughton Trailers, LLC's Response to Plaintiff's
Infringement Contentions ..................................................................................Exhibit D