EXHIBIT C



# Merriam-Webster's Collegiate® Dictionary

TENTH EDITION

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.



## A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1996 by Merriam-Webster, Incorporated

Philippines Copyright 1996 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data
Main entry under title:

Merriam-Webster's collegiate dictionary. — 10th ed.
  p.    cm.
 Includes index.
 ISBN 0-87779-708-0 (unindexed : alk. paper). — ISBN 0-87779-709-9 (indexed : alk. paper). — ISBN 0-87779-710-2 (deluxe : alk. paper). — ISBN 0-87779-707-2 (laminated cover).
 1. English language—Dictionaries.  I. Merriam-Webster, Inc.
PE1628.M36     1996
423—dc20                                                      95-36076
                                                                  CIP


Merriam-Webster's Collegiate® Dictionary, Tenth Edition principal copyright 1993

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

1516RMcN96

rectly accessible ⟨~ registers in a computer⟩ **2 :** of or relating to a subscription television system that uses decoders addressable by the system operator — **ad·dress·abil·i·ty** \ə-ˌdre-sə-ˈbi-lə-tē\ *n*

**ad·dress·ee** \ˌa-ˌdre-ˈsē, ə-ˌdre-ˈsē\ *n* (1810) **:** one to whom something is addressed

**ad·duce** \ə-ˈdüs *also* -ˈdyüs\ *vt* **ad·duced; ad·duc·ing** [L *adducere*, lit., to lead to, fr. *ad-* + *ducere* to lead — more at TOW] (15c) **:** to offer as example, reason, or proof in discussion or analysis — **ad·duc·er** *n*

**¹ad·duct** \ə-ˈdəkt, a-\ *vt* [L *adductus*, pp. of *adducere*] (ca. 1839) **:** to draw (as a limb) toward or past the median axis of the body; *also* **:** to bring together (similar parts) ⟨~ the fingers⟩ — **ad·duc·tive** \-ˈdək-tiv\ *adj*

**²ad·duct** \ˈa-ˌdəkt\ *n* [G *Addukt*, fr. L *adductus*] (1941) **:** a chemical addition product

**ad·duc·tion** \ə-ˈdək-shən, a-\ *n* (14c) **1 :** the action of adducting **:** the state of being adducted **2 :** the act or action of adducing

**ad·duc·tor** \-ˈdək-tər\ *n* [NL, fr. L, one that draws to, fr. *adductus*] (1615) **1 :** a muscle that draws a part toward the median line of the body or toward the axis of an extremity **2 :** a muscle that closes the valves of a bivalve mollusk

**add up** *vi* (1850) **1 a :** to come to the expected total ⟨the bill doesn't *add up*⟩ **b :** to form an intelligible pattern **:** make sense ⟨her story just doesn't *add up*⟩ **2 a :** AMOUNT 1b — used with *to* ⟨the play *adds up* to a lot of laughs⟩ **b :** to amount to a lot ⟨just a little each time, but it all *adds up*⟩ ~ *vt* **:** to form an opinion of ⟨*added* him *up* at a glance⟩

**-ade** *n suffix* [ME, fr. MF, fr. OProv *-ada*, fr. LL *-ata*, fr. L, fem. of *-atus* -ate] **1 :** act **:** action ⟨block*ade*⟩ **2 :** product; *esp* **:** sweet drink ⟨lime*ade*⟩

**Adé·lie penguin** \ə-ˈdā-lē-\ *n* [*Adélie* Coast, Antarctica] (1907) **:** a small antarctic penguin (*Pygoscelis adeliae*) — called also *Adélie*

Adélie penguin

**-adelphous** *adj comb form* [prob. fr. NL *-adelphus*, fr. Gk *adelphos* brother, fr. *ha-*, *a-* together (akin to *homos* same) + *delphys* womb — more at SAME, DOLPHIN] **:** having (such or so many) stamen fascicles ⟨mon*adelphous*⟩

**aden-** *or* **adeno-** *comb form* [NL, fr. Gk, fr. *aden-*, *adēn*; akin to L *inguen* groin] **:** gland ⟨*aden*ine⟩ **:** adenoid ⟨*adeno*virus⟩

**ad·e·nine** \ˈa-dᵊn-ˌēn\ *n* [ISV, fr. its presence in glandular tissue] (1885) **:** a purine base $C_5H_5N_5$ that codes hereditary information in the genetic code in DNA and RNA — compare CYTOSINE, GUANINE, THYMINE, URACIL

**ad·e·ni·tis** \ˌa-dᵊn-ˈī-təs\ *n* [NL] (ca. 1848) **:** inflammation of a gland; *esp* **:** LYMPHADENITIS

**ad·e·no·car·ci·no·ma** \ˌa-dᵊn-(ˌ)ō-ˌkär-sᵊn-ˈō-mə\ *n* [NL] (ca. 1889) **:** a malignant tumor originating in glandular epithelium — **ad·e·no·car·ci·no·ma·tous** \-mə-təs\ *adj*

**ad·e·no·hy·poph·y·sis** \-hī-ˈpä-fə-səs\ *n; pl* **-y·ses** \-fə-ˌsēz\ [NL] (1935) **:** the anterior glandular lobe of the pituitary gland — **ad·e·no·hy·poph·y·se·al** \-(ˌ)hī-ˌpä-fə-ˈsē-əl\ *or* **ad·e·no·hy·po·phys·i·al** \-ˌhī-pə-ˈfi-zē-əl\ *adj*

**¹ad·e·noid** \ˈa-dᵊn-ˌȯid, ˈad-ˌnȯid\ *n* [Gk *adenoeidēs* glandular, fr. *adēn*] (ca. 1890) **:** an enlarged mass of lymphoid tissue at the back of the pharynx characteristically obstructing breathing — usu. used in pl.

**²adenoid** *adj* (ca. 1947) **1 :** of or relating to the adenoids **2 :** relating to, affected with, or associated with abnormally enlarged adenoids ⟨a severe ~ condition⟩ ⟨~ facies⟩

**ad·e·noi·dal** \ˌa-dᵊn-ˈȯi-dᵊl\ *adj* (1919) **:** exhibiting the characteristics (as snoring, mouth breathing, and voice nasality) of one affected with abnormally enlarged adenoids **:** ADENOID ⟨an ~ tenor⟩ — not usu. echnically

**o·ma** \ˌa-dᵊn-ˈō-mə\ *n, pl* **-mas** *also* **-ma·ta** \-mə-tə\ [NL *adenoadenoma*] (1870) **:** a benign tumor of a glandular structure or of ular origin — **ad·e·no·ma·tous** \-mə-təs\ *adj*

**·sine** \ə-ˈde-nə-ˌsēn, -sən\ *n* [ISV, blend of *adenine* and *ribose*] 909) **:** a nucleoside $C_{10}H_{13}N_5O_4$ that is a constituent of RNA ng adenine and ribose on hydrolysis

**·sine diphosphate** *n* (1938) **:** ADP

**·sine mo·no·phos·phate** \-ˌmä-nə-ˈfäs-ˌfāt, -ˌmō-\ *n* (1950) **:** AMP

**·sine 3′,5′-monophosphate** \-ˌthrē-ˌfīv-\ *n* (1970) **:** CYCLIC AMP

**·sine tri·phos·pha·tase** \-trī-ˈfäs-fə-ˌtās, -ˌtāz\ *n* (1943) **:** ATPASE

**·sine tri·phos·phate** \-trī-ˈfäs-ˌfāt\ *n* (1938) **:** ATP

**o·vi·rus** \ˌa-dᵊn-ō-ˈvī-rəs\ *n* (1956) **:** any of a group of DNA-ining viruses orig. identified in human adenoid tissue, causing ratory diseases (as catarrh), and including some capable of inducalignant tumors in experimental animals — **ad·e·no·vi·ral** \-rəl\

**yl·ate cy·clase** \ə-ˌde-nᵊl-ət-ˈsī-ˌklās, -ˌāt-, -ˌklāz; ˌa-dᵊn-ˌi-lət-, t-\ *n* (1968) **:** an enzyme that catalyzes the formation of cyclic ? from ATP

**nyl cyclase** \ˈa-dᵊn-ˌil-\ *n* [*aden*ine + *-yl*] (1968) **:** ADENYLATE ASE

**nyl·ic acid** \ˈa-dᵊn-ˌi-lik-\ *n* (1894) **:** AMP

**pt** \ˈa-ˌdept, ə-ˈdept, a-ˈ\ *n* [NL *adeptus* alchemist who has attained the knowledge of how to change base metals into gold, fr. L, pp. of *adipisci* to attain, fr. *ad-* + *apisci* to reach — more at APT] (1709) **:** a highly skilled or well-trained individual **:** EXPERT ⟨an ~ at chess⟩

**²adept** \ə-ˈdept *also* ˈa-ˌdept\ *adj* (ca. 1691) **:** thoroughly proficient **:** EXPERT ***syn*** see PROFICIENT — **adept·ly** \ə-ˈdep-(t)lē, a-\ *adv* — **adept·ness** \-ˈdep(t)-nəs\ *n*

**ad·e·qua·cy** \ˈa-di-kwə-sē\ *n, pl* **-cies** (1808) **:** the quality or state of being adequate

**ad·e·quate** \-kwət\ *adj* [L *adaequatus*, pp. of *adaequare* to make equal, fr. *ad-* + *aequare* to equal — more at EQUABLE] (ca. 1617) **1 :** sufficient for a specific requirement ⟨~ taxation of goods⟩; *also* **:** barely sufficient or satisfactory ⟨her first performance was merely ~⟩ **2 :** lawfully and reasonably sufficient ***syn*** see SUFFICIENT — **ad·e·quate·ly** *adv* — **ad·e·quate·ness** *n*

**ad eun·dem** \ˌa-dē-ˈən-dəm\ *or* **ad eundem gra·dum** \-ˈgrā-dəm\ *adv or adj* [NL *ad eundem gradum*] (1711) **:** to, in, or of the same rank — used esp. of the honorary granting of academic standing or a degree by a university to one whose actual work was done elsewhere

**¹à deux** \(ˌ)ä-ˈdə(r), (ˌ)ä-dœ̄\ *adj* [F] (1886) **:** involving two people esp. in private ⟨a cozy evening *à deux*⟩

**²à deux** *adv* (1927) **:** privately or intimately with only two present ⟨dined *à deux*⟩

**ad·here** \ad-ˈhir, əd-\ *vb* **ad·hered; ad·her·ing** [MF or L; MF *adhérer*, fr. L *adhaerēre*, fr. *ad-* + *haerēre* to stick] *vi* (1536) **1 :** to give support or maintain loyalty **2** *obs* **:** ACCORD 3 **3 :** to hold fast or stick by or as if by gluing, suction, grasping, or fusing **4 :** to bind oneself to observance ~ *vt* **:** to cause to stick fast ***syn*** see STICK

**ad·her·ence** \-ˈhir-ən(t)s\ *n* (1531) **1 :** the act, action, or quality of adhering **2 :** steady or faithful attachment **:** FIDELITY

**¹ad·her·ent** \ad-ˈhir-ənt, əd-\ *adj* [ME, fr. MF or L; MF *adhérent*, fr. L *adhaerent-*, *adhaerens*, prp. of *adhaerēre*] (15c) **1 :** able or tending to adhere **2 :** connected or associated with esp. by contract **3 :** ADNATE — **ad·her·ent·ly** *adv*

**²adherent** *n* (15c) **:** one that adheres: as **a :** a follower of a leader, party, or profession **b :** a believer in or advocate esp. of a particular idea or church ***syn*** see FOLLOWER

**ad·he·sion** \ad-ˈhē-zhən, əd-\ *n* [F or L; F *adhésion*, fr. L *adhaesion-*, *adhaesio*, fr. *adhaerēre*] (1624) **1 :** steady or firm attachment **:** ADHERENCE **2 :** the action or state of adhering **3 :** the abnormal union of separate tissue surfaces by new fibrous tissue resulting from an inflammatory process; *also* **:** the newly formed uniting tissue **4 :** agreement to join ⟨~ of all nations to a copyright convention⟩ **5 :** the molecular attraction exerted between the surfaces of bodies in contact — **ad·he·sion·al** \-ˈhēzh-nəl, -ˈhē-zhə-nᵊl\ *adj*

**¹ad·he·sive** \-ˈhē-siv, -ziv\ *adj* (1670) **1 :** tending to remain in association or memory **2 :** tending to adhere or cause adherence **3 :** prepared for adhering — **ad·he·sive·ly** *adv* — **ad·he·sive·ness** *n*

**²adhesive** *n* (1912) **1 :** an adhesive substance (as glue or cement) **2 :** a postage stamp with a gummed back

**adhesive binding** *n* (1955) **:** PERFECT BINDING — **ad·he·sive–bound** \-ˌbau̇nd\ *adj*

**adhesive tape** *n* (1928) **:** tape coated on one side with an adhesive mixture; *esp* **:** one used for covering wounds

**¹ad hoc** \ˈad-ˈhäk, -ˈhōk; ˈäd-ˈhōk\ *adv* [L, for this] (1659) **:** for the particular end or case at hand without consideration of wider application

**²ad hoc** *adj* (1879) **1 a :** concerned with a particular end or purpose ⟨an *ad hoc* investigating committee⟩ **b :** formed or used for specific or immediate problems or needs ⟨*ad hoc* solutions⟩ **2 :** fashioned from whatever is immediately available **:** IMPROVISED ⟨large *ad hoc* parades and demonstrations —Nat Hentoff⟩

**¹ad ho·mi·nem** \(ˈ)ad-ˈhä-mə-ˌnem, -nəm\ *adj* [NL, lit., to the person] (1598) **1 :** appealing to feelings or prejudices rather than intellect **2 :** marked by an attack on an opponent's character rather than by an answer to the contentions made

**²ad hominem** *adv* (1962) **:** in an ad hominem manner ⟨was arguing *ad hominem*⟩

**adi·a·bat·ic** \ˌa-dē-ə-ˈba-tik, ˌā-ˌdī-ə-\ *adj* [Gk *adiabatos* impassable, fr. *a-* + *diabatos* passable, fr. *diabainein* to go across, fr. *dia-* + *bainein* to go — more at COME] (1870) **:** occurring without loss or gain of heat ⟨~ expansion of a body of air⟩ — **adi·a·bat·i·cal·ly** \-ti-k(ə-)lē\ *adv*

**adieu** \ə-ˈdü, a-, -ˈdyü\ *n, pl* **adieus** *or* **adieux** \-ˈdüz, -ˈdyüz\ [ME, fr. MF, fr. *a* (fr. L *ad*) + *Dieu* God, fr. L *Deus* — more at DEITY] (14c) **:** FAREWELL — often used interjectionally

**ad in·fi·ni·tum** \ˌad-ˌin-fə-ˈnī-təm *also* ˌäd-\ *adv or adj* [L] (1610) **:** without end or limit

**¹ad in·ter·im** \ˈad-ˈin-tə-rəm, -ˌrim *also* ˈäd-\ *adv* [L] (1787) **:** for the intervening time **:** TEMPORARILY

**²ad interim** *adj* (1818) **:** made or serving ad interim

**adi·os** \ˌä-dē-ˈōs, ˌa-\ *interj* [Sp *adiós*, fr. *a* (fr. L *ad*) + *Dios* God, fr. L *Deus*] (1837) — used to express farewell

**adip-** *or* **adipo-** *comb form* [L *adip-*, *adeps*, prob. fr. Gk *aleipha* fat, oil, fr. *aleiphein* to rub with oil — more at ALIPHATIC] **:** fat ⟨*adipo*cyte⟩

**adip·ic acid** \ə-ˈdi-pik-\ *n* [ISV] (1877) **:** a white crystalline dicarboxylic acid $C_6H_{10}O_4$ formed by oxidation of various fats and also made synthetically for use esp. in the manufacture of nylon

**ad·i·po·cyte** \ˈa-di-pō-ˌsīt\ *n* (1959) **:** FAT CELL

**ad·i·pose** \ˈa-də-ˌpōs\ *adj* [NL *adiposus*, fr. L *adip-*, *adeps*] (1743) **:** of or relating to animal fat; *broadly* **:** FAT — **ad·i·pos·i·ty** \ˌa-də-ˈpä-sə-tē\ *n*

**adipose tissue** *n* (1854) **:** connective tissue in which fat is stored and which has the cells distended by droplets of fat

**ad·it** \ˈa-dət\ *n* [L *aditus* approach, fr. *adire* to go to, fr. *ad-* + *ire* to go — more at ISSUE] (1602) **:** a nearly horizontal passage from the surface in a mine

**ad·ja·cen·cy** \ə-ˈjā-sᵊn(t)-sē\ *n, pl* **-cies** (1646) **1 :** something that is adjacent **2 :** the quality or state of being adjacent **:** CONTIGUITY

**ad·ja·cent** \ə-ˈjā-sᵊnt\ *adj* [ME, fr. MF or L; MF, fr. L *adjacent-*, *adjacens*, prp. of *adjacēre* to lie near, fr. *ad-* + *jacēre* to lie; akin to L *jacere* to throw — more at JET] (15c) **1 a :** not distant **:** NEARBY ⟨the city and ~ suburbs⟩ **b :** having a common endpoint or border ⟨~ lots⟩ ⟨~ sides of a triangle⟩ **c :** immediately preceding or following **2** *of two angles* **:** having the vertex and one side in common — **ad·ja·cent·ly** *adv*

***syn*** ADJACENT, ADJOINING, CONTIGUOUS, JUXTAPOSED mean being in close proximity. ADJACENT may or may not imply contact but always implies absence of anything of the same kind in between ⟨a house with an *adjacent* garage⟩. ADJOINING definitely implies meeting and touching at some point or line ⟨had *adjoining* rooms at the hotel⟩. CONTIGUOUS implies having contact on all or most of one side ⟨offices in all 48 *contiguous* states⟩. JUXTAPOSED means placed side by side esp. so as to permit comparison and contrast ⟨a skyscraper *juxtaposed* to a church⟩.

**ad·jec·ti·val** \ˌa-jik-ˈtī-vəl\ *adj* (1797) **1 :** ADJECTIVE **2 :** characterized by the use of adjectives — **ad·jec·ti·val·ly** \-və-lē\ *adv*

**¹ad·jec·tive** \ˈa-jik-tiv *also* ˈa-jə-tiv\ *adj* [ME, fr. MF or LL; MF *adjectif*, fr. LL *adjectivus*, fr. L *adjectus*, pp. of *adjicere* to throw to, fr. *ad-* + *jacere* to throw — more at JET] (14c) **1 :** of, relating to, or functioning as an adjective ⟨an ~ clause⟩ **2 :** not standing by itself **:** DEPENDENT

overishment to the the nation of re-
: LAMENTABLE 2
•plor•able•ness n
ig [MF or L; MF
567) 1 a : to feel
nsider unfortunate
n — de•plor•ing•
ess grief or sorrow
or impairment of
ly values⟩. LAMENT
sorrow ⟨lamenting
iply sorrow, disap-
cries, BEWAIL com-
iousness ⟨fans be-
of the language⟩.
F desploier, fr. des-
1 a : to extend (a
ormation or appro-
e esp. strategically
\-ə-bəl\ adj — de-
ise to become par-
ove polarization of
on \(ˌ)dē-ˌpō-lə-rə-
move the political
foreign aid⟩ — de-
vt (ca. 1909) : to
ıds (as monomers)
ounds — de•po•ly-
mə-rə-\ n
deponere, fr. L, to
N] (15c) : TESTIFY
nens, fr. L, prp. of
oice forms but with
k⟩
ho gives evidence
pp. of depopulari,
AGE 2 : to reduce
lē-ˌpä-pyə-ˈlā-shən\
deportare to carry
598) 1 : to behave
2 [L deportare] a
y legal deportation
1 : punishable by
(~ aliens⟩
595) 1 : an act or
ountry of an alien
who has been de-
) : the manner in
ARING
g from office
IE, fr. MF deposer,
down] vt (14c) 1
2 : to put down
to testify to under
ear witness
-ˈpäz-təd\; de•pos-
onere] vt (1624) 1
to put in a bank 2
~ vi : to become
ed 2 : something
a bank b : money
of deposit : DEPOSI-
id down; esp : mat-
accumulation (as of
) 1 : a person to
an act of removing
before a court b
iting under oath 3
posited : DEPOSIT —
(1656) 1 : DEPOSI-
p. for safekeeping
ated to receive U.S.
nes ˈde-\ n [F dépôt,
us] (1795) 1 a : a
RE, CACHE 2 a : a
ce for the reception
ding for railroad or
E, fr. MF depraver,
d, bad] (14c) 1 ar-
: CORRUPT; esp : to
n \ˌde-prə-ˈvā-shən,
— de•prav•er \di-
ruption or evil; esp
l-lē\ adv — de•pra-

**de•prav•i•ty** \di-ˈpra-və-tē *also* -ˈprā-\ *n, pl* **-ties** (1641) **1 :** the quality or state of being depraved **2 :** a corrupt act or practice

**dep•re•cate** \ˈde-pri-ˌkāt\ *vt* **-cat•ed; -cat•ing** [L *deprecatus*, pp. of *deprecari* to avert by prayer, fr. *de-* + *precari* to pray — more at PRAY] (1628) **1 a** *archaic* **:** to pray against (as an evil) **b :** to seek to avert ⟨~ the wrath . . . of the Roman people —Tobias Smollett⟩ **2 :** to express disapproval of **3 a :** PLAY DOWN **:** make little of ⟨speaks five languages . . . but ~*s* this facility —*Time*⟩ **b :** BELITTLE, DISPARAGE ⟨the most reluctantly admired and least easily *deprecated* of . . . novelists —*New Yorker*⟩ — **dep•re•cat•ing•ly** \-ˌkā-tiŋ-lē\ *adv* — **dep•re•ca•tion** \ˌde-pri-ˈkā-shən\ *n*

**dep•re•ca•to•ry** \ˈde-pri-kə-ˌtōr-ē, -ˌtȯr-, ˈde-prə-ˌkā-tə-rē\ *adj* (1586) **1 :** seeking to avert disapproval **:** APOLOGETIC **2 :** serving to deprecate **:** DISAPPROVING — **dep•re•ca•to•ri•ly** \ˌde-pri-kə-ˈtōr-ə-lē, -ˈtȯr-\ *adv*

**de•pre•ci•ate** \di-ˈprē-shē-ˌāt\ *vb* **-at•ed; -at•ing** [LL *depretiatus*, pp. of *depretiare*, fr. L *de-* + *pretium* price — more at PRICE] *vt* (15c) **1 :** to lower in estimation or esteem **2 :** to lower the price or estimated value of ~ *vi* **:** to fall in value ***syn*** see DECRY — **de•pre•cia•ble** \-shə-bəl\ *adj* — **de•pre•ci•at•ing•ly** \-shē-ˌā-tiŋ-lē\ *adv* — **de•pre•ci•a•tion** \-ˌprē-shē-ˈā-shən\ *n* — **de•pre•ci•a•tive** \-ˈprē-shə-tiv, -shē-ˌā-tiv\ *adj* — **de•pre•ci•a•tor** \-shē-ˌā-tər\ *n* — **de•pre•cia•to•ry** \-shə-ˌtōr-ē, -ˌtȯr-\ *adj*

**dep•re•date** \ˈde-prə-ˌdāt\ *vb* **-dat•ed; -dat•ing** [LL *depraedatus*, pp. of *depraedari*, fr. L *de-* + *praedari* to plunder — more at PREY] *vt* (1626) **:** to lay waste **:** PLUNDER, RAVAGE ~ *vi* **:** to engage in plunder — **dep•re•da•tion** \ˌde-prə-ˈdā-shən\ *n* — **de•pre•da•tor** \ˈde-prə-ˌdā-tər, di-ˈpre-də-\ *n* — **de•pre•da•to•ry** \di-ˈpre-də-ˌtōr-ē, ˈde-pri-də-, -ˌtȯr-\ *adj*

**de•press** \di-ˈpres, dē-\ *vt* [ME, fr. MF *depresser*, fr. L *depressus*, pp. of *deprimere* to press down, fr. *de-* + *premere* to press — more at PRESS] (14c) **1** *obs* **:** REPRESS, SUBJUGATE **2 a :** to press down ⟨~ a typewriter key⟩ **b :** to cause to sink to a lower position **3 :** to lessen the activity or strength of **4 :** SADDEN, DISCOURAGE **5 :** to decrease the market value or marketability of — **de•press•ible** \-ˈpre-sə-bəl\ *adj*

**de•pres•sant** \di-ˈpre-sᵊnt, dē-\ *n* (1876) **:** one that depresses; *specif* **:** an agent that reduces a bodily functional activity or an instinctive desire (as appetite) — **depressant** *adj*

**de•pressed** *adj* (1621) **1 :** low in spirits **:** SAD; *esp* **:** affected by psychological depression **2 a :** vertically flattened ⟨a ~ cactus⟩ **b :** having the central part lower than the margin **c :** lying flat or prostrate **d :** dorsoventrally flattened **3 :** suffering from economic depression; *esp* **:** UNDERPRIVILEGED **4 :** being below the standard

**de•press•ing** *adj* (1789) **:** that depresses; *esp* **:** causing emotional depression ⟨a ~ story⟩ — **de•press•ing•ly** \-siŋ-lē\ *adv*

**de•pres•sion** \di-ˈpre-shən, dē-\ *n* (14c) **1 a :** the angular distance of a celestial object below the horizon **b :** the size of an angle of depression **2 :** an act of depressing or a state of being depressed: as **a :** a pressing down **:** LOWERING **b (1) :** a state of feeling sad **:** DEJECTION **(2) :** a psychoneurotic or psychotic disorder marked esp. by sadness, inactivity, difficulty in thinking and concentration, a significant increase or decrease in appetite and time spent sleeping, feelings of dejection and hopelessness, and sometimes suicidal tendencies **c (1) :** a reduction in activity, amount, quality, or force **(2) :** a lowering of vitality or functional activity **3 :** a depressed place or part **:** HOLLOW **4 :** LOW 1b **5 :** a period of low general economic activity marked esp. by rising levels of unemployment

**Depression glass** *n* [Great *Depression* of 1929 to ca. 1939] (1971) **:** tinted glassware machine-produced during the 1930s

**¹de•pres•sive** \di-ˈpre-siv, dē-\ *adj* (1620) **1 :** tending to depress **2 :** of, relating to, marked by, or affected by psychological depression — **de•pres•sive•ly** *adv*

**²depressive** *n* (1937) **:** one who is affected with or prone to psychological depression

**de•pres•sor** \di-ˈpre-sər, dē-\ *n* [LL, fr. L *deprimere*] (1611) **:** one that depresses: as **a :** a muscle that draws down a part — compare LEVATOR **b :** a device for pressing down or aside **c :** a nerve or nerve fiber that decreases the activity or the tone of the organ or part it innervates

**de•pres•sur•ize** \(ˌ)dē-ˈpre-shə-ˌrīz\ *vt* (1944) **:** to release pressure from — **de•pres•sur•iza•tion** \(ˌ)dē-ˌpre-shə-rə-ˈzā-shən\ *n*

**dep•ri•va•tion** \ˌde-prə-ˈvā-shən *also* ˌdē-ˌprī-\ *n* (15c) **1 :** the state of being deprived **:** PRIVATION; *esp* **:** removal from an office, dignity, or benefice **2 :** an act or instance of depriving **:** LOSS

**de•prive** \di-ˈprīv\ *vt* **de•prived; de•priv•ing** [ME *depriven*, fr. ML *deprivare*, fr. L *de-* + *privare* to deprive — more at PRIVATE] (14c) **1** *obs* **:** REMOVE **2 :** to take something away from ⟨*deprived* him of his professorship —J. M. Phalen⟩ **3 :** to remove from office **4 :** to withhold something from ⟨*deprived* a citizen of her rights⟩

**de•prived** *adj* (ca. 1522) **:** marked by deprivation esp. of the necessities of life or of healthful environmental influences ⟨culturally ~ children⟩

**de•pro•gram** \(ˌ)dē-ˈprō-ˌgram, -grəm\ *vt* (1973) **:** to dissuade from convictions usu. of a religious nature often by coercive means — **de•pro•gram•mer** \-mər\ *n*

**depth** \ˈdepth\ *n, pl* **depths** \ˈdepths, ˈdep(t)s\ [ME, prob. fr. *dep* deep] (14c) **1 a (1) :** a deep place in a body of water **(2) :** a part that is far from the outside or surface ⟨the ~*s* of the woods⟩ **(3) :** ABYSS 2 **b (1) :** a profound or intense state (as of thought or feeling) ⟨the ~*s* of misery⟩; *also* **:** a reprehensibly low condition ⟨hadn't realized that standards had fallen to such ~*s*⟩ **(2) :** the middle of a time (as winter) **(3) :** the worst part **2 a :** the perpendicular measurement downward from a surface **b :** the direct linear measurement from front to back **3 :** the quality of being deep **4 :** the degree of intensity ⟨~ of a color⟩; *also* **:** the quality of being profound (as in insight) or full (as of knowledge) **5 :** the quality or state of being complete or thorough ⟨a study will be made in ~⟩ — **depth•less** \ˈdepth-ləs\ *adj*

**depth charge** *n* (1917) **:** an antisubmarine weapon that consists essentially of a drum filled with explosives which is dropped near a target and descends to a predetermined depth where it explodes — called also *depth bomb*

**depth of field** (1911) **:** the range of distances of the object in front of an image-forming device (as a camera lens) measured along the axis of the device throughout which the image has acceptable sharpness

**depth perception** *n* (ca. 1911) **:** the ability to judge the distance of objects and the spatial relationship of objects at different distances

**depth psychology** *n* (1924) **:** PSYCHOANALYSIS; *also* **:** psychology concerned esp. with the unconscious mind

**dep•u•ta•tion** \ˌde-pyə-ˈtā-shən\ *n* (14c) **1 :** the act of appointing a deputy **2 :** a group of people appointed to represent others

**de•pute** \di-ˈpyüt\ *vt* **de•put•ed; de•put•ing** [ME, to appoint, fr. MF *deputer*, fr. LL *deputare* to assign, fr. L, to consider (as), fr. *de-* + *putare* to consider — more at PAVE] (14c) **:** DELEGATE

**dep•u•tize** \ˈde-pyə-ˌtīz\ *vb* **-tized; -tiz•ing** *vt* (ca. 1736) **:** to appoint as deputy ~ *vi* **:** to act as deputy — **dep•u•ti•za•tion** \ˌde-pyə-tə-ˈzā-shən\ *n*

**dep•u•ty** \ˈde-pyə-tē\ *n, pl* **-ties** [ME, fr. MF *deputé*, pp. of *deputer*] (15c) **1 a :** a person appointed as a substitute with power to act **b :** a second in command or assistant who usu. takes charge when his or her superior is absent **2 :** a member of the lower house of some legislative assemblies

**de•rac•i•nate** \(ˌ)dē-ˈra-sᵊn-ˌāt\ *vt* **-nat•ed; -nat•ing** [MF *desraciner*, fr. *des-* de- + *racine* root, fr. LL *radicina*, fr. L *radic-*, *radix* — more at ROOT] (1599) **:** UPROOT — **de•rac•i•na•tion** \(ˌ)dē-ˌra-sᵊn-ˈā-shən\ *n*

**de•rail** \di-ˈrā(ə)l, dē-\ *vb* [F *dérailler* to throw off the track, fr. *dé-* de- + *rail*, fr. E] *vt* (1850) **1 :** to cause to run off the rails **2 :** to obstruct the progress of **:** FRUSTRATE ~ *vi* **:** to leave the rails — **de•rail•ment** \-mənt\ *n*

**de•rail•leur** \di-ˈrā-lər\ *n* [F *dérailleur*, fr. *dérailler*] (1930) **:** a mechanism for shifting gears on a bicycle that operates by moving the chain from one set of exposed gears to another

**de•range** \di-ˈrānj\ *vt* **de•ranged; de•rang•ing** [F *déranger*, fr. OF *desrengier*, fr. *des-* de- + *reng* line, row — more at RANK] (1776) **1 :** to disturb the operation or functions of **2 :** DISARRANGE ⟨hatless, with tie *deranged* —G. W. Stonier⟩ **3 :** to make insane — **de•range•ment** \-mənt\ *n*

**de•rate** \(ˌ)dē-ˈrāt\ *vt* (1947) **:** to lower the rated capability of (as electrical or mechanical apparatus) because of deterioration or inadequacy

**der•by** \ˈdər-bē, *esp Brit* ˈdär-\ *n, pl* **derbies** [Edward Stanley †1834, 12th earl of *Derby*] (1844) **1 :** any of several horse races held annually and usu. restricted to three-year-olds **2 :** a race or contest open to all comers or to a specified category of contestants ⟨bicycle ~⟩ **3 :** a man's stiff felt hat with dome-shaped crown and narrow brim

**de•re•al•iza•tion** \(ˌ)dē-ˌrē-ə-lə-ˈzā-shən, -ˌri-ə-\ *n* (1942) **:** a feeling of altered reality that occurs often in schizophrenia and in some drug reactions

**de•reg•u•la•tion** \(ˌ)dē-ˌre-gyə-ˈlā-shən\ *n* (1963) **:** the act or process of removing restrictions and regulations — **de•reg•u•late** \(ˈ)dē-ˈre-gyə-ˌlāt\ *vt*

**¹der•e•lict** \ˈder-ə-ˌlikt\ *adj* [L *derelictus*, pp. of *derelinquere* to abandon, fr. *de-* + *relinquere* to leave — more at RELINQUISH] (1649) **1 :** abandoned esp. by the owner or occupant **:** RUN-DOWN **2 :** lacking a sense of duty **:** NEGLIGENT

**²derelict** *n* (1670) **1 a :** something voluntarily abandoned; *specif* **:** a ship abandoned on the high seas **b :** a tract of land left dry by receding water **2 :** a destitute homeless social misfit **:** VAGRANT, BUM

**der•e•lic•tion** \ˌder-ə-ˈlik-shən\ *n* (1597) **1 a :** an intentional abandonment **b :** the state of being abandoned **2 :** a recession of water leaving permanently dry land **3 a :** intentional or conscious neglect **:** DELINQUENCY ⟨~ of duty⟩ **b :** FAULT, SHORTCOMING

**de•re•press** \ˌdē-ri-ˈpres\ *vt* (1962) **:** to activate (a gene or enzyme) by releasing from a blocked state — **de•re•pres•sion** \-ˈpre-shən\ *n*

**de•ride** \di-ˈrīd, dē-\ *vt* **de•rid•ed; de•rid•ing** [L *deridēre*, fr. *de-* + *ridēre* to laugh] (1530) **1 :** to laugh at contemptuously **2 :** to subject to usu. bitter or contemptuous ridicule ***syn*** see RIDICULE — **de•rid•er** *n* — **de•rid•ing•ly** \-ˈrī-diŋ-lē\ *adv*

**de ri•gueur** \də-(ˌ)rē-ˈgər\ *adj* [F] (1833) **:** prescribed or required by fashion, etiquette, or custom **:** PROPER

**de•ri•sion** \di-ˈri-zhən\ *n* [ME, fr. MF, fr. LL *derision-*, *derisio*, fr. L *deridēre*] (14c) **1 a :** the use of ridicule or scorn to show contempt **b :** a state of being derided **2 :** an object of ridicule or scorn

**de•ri•sive** \di-ˈrī-siv, -ziv; -ˈri-ziv, -ˈri-siv\ *adj* (ca. 1662) **:** expressing or causing derision — **de•ri•sive•ly** *adv* — **de•ri•sive•ness** *n*

**de•ri•so•ry** \di-ˈrī-sə-rē, -zə-\ *adj* (1618) **1 :** expressing derision **:** DERISIVE **2 :** worthy of derision; *esp* **:** laughably small ⟨a ~ sum⟩

**de•riv•able** \di-ˈrī-və-bəl\ *adj* (1653) **:** capable of being derived

**der•i•vate** \ˈder-ə-ˌvāt\ *n* (1660) **:** DERIVATIVE

**der•i•va•tion** \ˌder-ə-ˈvā-shən\ *n* (15c) **1 a (1) :** the formation of a word from another word or base (as by the addition of a usu. noninflectional affix) **(2) :** an act of ascertaining or stating the derivation of a word **(3) :** ETYMOLOGY 1 **b :** the relation of a word to its base **2 a :** SOURCE, ORIGIN **b :** DESCENT, ORIGINATION **3 :** something derived **:** DERIVATIVE **4 :** an act or process of deriving **5 :** a sequence of statements (as in logic or mathematics) showing that a result is a necessary consequence of previously accepted statements — **der•i•va•tion•al** \-shnəl, -shə-nᵊl\ *adj*

**¹de•riv•a•tive** \di-ˈri-və-tiv\ *n* (15c) **1 :** a word formed by derivation **2 :** something derived **3 :** the limit of the ratio of the change in a function to the corresponding change in its independent variable as the latter change approaches zero **4 a :** a chemical substance related structurally to another substance and theoretically derivable from it **b :** a substance that can be made from another substance

**²derivative** *adj* (ca. 1530) **1 :** formed by derivation **2 :** made up of or marked by derived elements **3 :** lacking originality **:** BANAL — **de•riv•a•tive•ly** *adv* — **de•riv•a•tive•ness** *n*

**de•riv•a•ti•za•tion** \də-ˌri-və-tə-ˈzā-shən\ *n* (1967) **:** the conversion of a chemical compound into a derivative (as for identification) — **de•riv•a•tize** \də-ˈri-və-ˌtīz\ *vt*

**de•rive** \di-ˈrīv, dē-\ *vb* **de•rived; de•riv•ing** [ME, fr. MF *deriver*, fr. L *derivare*, lit., to draw off (water), fr. *de-* + *rivus* stream — more at RUN] *vt* (14c) **1 a :** to take, receive, or obtain esp. from a specified source **b :** to obtain (a chemical substance) actually or theoretically from a parent substance **2 :** INFER, DEDUCE **3** *archaic* **:** BRING **4 :** to trace

\ə\ abut \ᵊ\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ mop, mar \au̇\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job \ŋ\ sing \ō\ go \ȯ\ law \ȯi\ boy \th\ thin \t͟h\ the \ü\ loot \u̇\ foot \y\ yet \zh\ vision \à, k̟, ⁿ, œ, œ̄, ue, ue̅, ʸ\ *see* Guide to Pronunciation

overcapacity • overlook 829

r·talk
r·talk·a·tive
r·tax
r·tax·a·tion
r·thin
r·think
r·tight·en
r·tip
r·tired
r·train
r·treat
r·treat·ment
r·use
r·uti·li·za·tion
r·uti·lize
r·vi·o·lent
r·viv·id
r·wa·ter
r·wea·ry
r·wind
r·with·hold
r·zeal·ous
r·zeal·ous·ness

ho achieves success
. at an early age —
mənt\ n
han is necessary 2
ıg — **over·ac·tion**

onormally active —

ıst with
ver + age] (15c) 1
one's position, func-

SURPLUS, EXCESS
pattern used ~) 2
ı : in view of all the
ess) b : as a whole
yone or everything
31 miles to the gal-

ose protective trou-
rong material usu.
oose-fitting protec-

ding everything 2

ning an arch over-
>
2 *of a swimming*
and stretched for-

: by awe
OUTWEIGH 2 : to

than an equivalent
\; **-borne** \-ˈbōrn,
to bring down by
nineer over **b** : to

whelm : OVERPOW-
shly and haughtily
ē\ *adv*
16) **1** : to bid in
capacity of a hand
eceding one ~ *vt*
than the value of

the upper anterior
f the jaws
d or belted blouse

he prime of bloom

in girth : PORTLY
IOUS
over the side of a
husiasm **3** : into

ations for (as an
: to issue reserva-

an immediate rise
anying price rises

(1601) : to build
es or commercial

ssive burden on
verlying a deposit

*vt* (1745) : to buy
ases beyond one's

han (the previous
opponent's bid in
**over·call** \ˈō-vər-

**over·ca·pac·i·ty** \ˌō-vər-kə-ˈpa-sə-tē, -ˈpas-tē\ *n* (1928) : excessive capacity for production or services in relation to demand

**over·cap·i·tal·ize** \-ˈka-pə-tᵊl-ˌīz, -ˈkap-tᵊl-\ *vt* (1890) **1** : to put a nominal value on the capital of (a corporation) higher than actual cost or fair market value **2** : to capitalize beyond what the business or the profit-making prospects warrant — **over·cap·i·tal·i·za·tion** \-ˌka-pə-tᵊl-ə-ˈzā-shən, -ˌkap-tᵊl-\ *n*

¹**over·cast** *vt* **-cast; -cast·ing** (14c) **1** \ˌō-vər-ˈkast, ˈō-vər-ˌ\ : DARKEN, OVERSHADOW **2** \ˈō-vər-ˌ\ : to sew (raw edges of a seam) with long slanting widely spaced stitches to prevent raveling

²**over·cast** \ˈō-vər-ˌkast, ˌō-vər-ˈ\ *adj* (1536) : clouded over ⟨an ~ day⟩

³**over·cast** \ˈō-vər-ˌkast\ *n* (1686) : COVERING; *esp* : a covering of clouds over the sky

**over·cast·ing** \ˈō-vər-ˌkas-tiŋ\ *n* (1885) : the act of stitching raw edges of fabric to prevent raveling; *also* : the stitching so done

**overcast stitch** *n* (1891) : a small close embroidery stitch sometimes done over a foundation thread and used to form outlines

overcast stitch

**over·charge** \ˌō-vər-ˈchärj\ *vt* (14c) **1** : to charge too much or too fully **2** : to fill too full **3** : EXAGGERATE, OVERDRAW ~ *vi* : to make an excessive charge — **over·charge** \ˈō-vər-ˌ\ *n*

**over·cloud** \ˌō-vər-ˈklau̇d\ *vt* (1592) : to overspread with or as if with clouds

**over·coat** \ˈō-vər-ˌkōt\ *n* (1802) **1** : a warm coat worn over indoor clothing **2** : a protective coating (as of paint)

**over·come** \ˌō-vər-ˈkəm\ *vb* **-came** \-ˈkām\; **-come; -com·ing** [ME, fr. OE *ofercuman*, fr. *ofer* over + *cuman* to come] *vt* (bef. 12c) **1** : to get the better of : SURMOUNT ⟨~ difficulties⟩ **2** : OVERWHELM ~ *vi* : to gain the superiority : WIN **syn** see CONQUER — **over·com·er** *n*

**over·com·mit** \-kə-ˈmit\ *vt* (1951) : to commit excessively: as **a** : to obligate (as oneself) beyond the ability for fulfillment **b** : to allocate (resources) in excess of the capacity for replenishment — **over·com·mit·ment** \-mənt\ *n*

**over·com·pen·sa·tion** \-ˌkäm-pən-ˈsā-shən, -ˌpen-\ *n* (1912) : excessive compensation; *specif* : excessive reaction to a feeling of inferiority, guilt, or inadequacy leading to an exaggerated attempt to overcome the feeling — **over·com·pen·sate** \-ˈkäm-pən-ˌsāt\ *vb* — **over·com·pen·sa·to·ry** \-kəm-ˈpen(t)-sə-ˌtōr-ē, -ˌtȯr-\ *adj*

**over·crowd** \ˌō-vər-ˈkrau̇d\ *vt* (1766) : to cause to be too crowded ~ *vi* : to crowd together too much

**over·cut** \-ˈkət\ *vt* (1906) : to cut excessively; *specif* : to cut timber from (a forest) in excess of annual growth or an allotted annual amount

**over·de·ter·mined** \-di-ˈtər-mənd\ *adj* (1915) **1** : excessively determined **2** : having more than one determining psychological factor

**over·de·vel·op** \-di-ˈve-ləp\ *vt* (1869) : to develop excessively; *esp* : to subject (exposed photographic material) to a developing solution for excessive time or at excessive temperature, agitation, or concentration — **over·de·vel·op·ment** \-mənt\ *n*

**over·do** \ˌō-vər-ˈdü\ *vb* **-did** \-ˈdid\; **-done** \-ˈdən\; **-do·ing** \-ˈdü-iŋ\; **-does** \-ˈdəz\ *vt* (bef. 12c) **1 a** : to do in excess **b** : to use to excess **c** : EXAGGERATE **2** : to cook too long **3** : EXHAUST ~ *vi* : to go to extremes

**over·dog** \ˈō-vər-ˌdȯg\ *n* [³*over* + under*dog*] (1938) : one that is dominant or victorious

**over·dom·i·nance** \ˌō-vər-ˈdä-mə-nən(t)s, -ˈdäm-nən(t)s\ *n* (1947) : the condition wherein a heterozygote produces a phenotype more extreme or better adapted than that of the homozygote — **over·dom·i·nant** \-nənt\ *adj*

¹**over·dose** \ˈō-vər-ˌdōs\ *n* (1700) **1** : too great a dose (as of a therapeutic agent); *also* : a lethal or toxic amount (as of a drug) **2** : an excessive quantity or amount ⟨an ~ of sports⟩ — **over·dos·age** \ˌō-vər-ˈdō-sij\ *n*

²**over·dose** \ˌō-vər-ˈdōs\ *vt* (1727) : to give an overdose or too many doses to ~ *vi* : to take or experience an overdose — usu. used with *on*

**over·draft** \ˈō-vər-ˌdraft\ *n* (1878) **1** : an act of overdrawing at a bank : the state of being overdrawn; *also* : the sum overdrawn **2** : LINE OF CREDIT

**over·draw** \ˌō-vər-ˈdrȯ\ *vb* **-drew** \-ˈdrü\; **-drawn** \-ˈdrȯn\; **-draw·ing** *vt* (1734) **1** : to draw checks on (a bank account) for more than the balance ⟨the account was *overdrawn*⟩ **2** : EXAGGERATE, OVERSTATE ~ *vi* : to make an overdraft

**over·drawn** *adj* (1866) : having an overdrawn account

¹**over·dress** \ˌō-vər-ˈdres\ *vt* (1706) : to dress or adorn to excess ~ *vi* : to dress oneself to excess

²**over·dress** \ˈō-vər-ˌdres\ *n* (1812) : a dress worn over another

**over·drive** \ˈō-vər-ˌdrīv\ *n* (1926) **1** : an automotive transmission gear that transmits to the drive shaft a speed greater than engine speed **2** : a state of heightened activity ⟨going into rhetorical ~⟩

¹**over·dub** \ˈō-vər-ˌdəb\ *n* (ca. 1965) **1** : the act or an instance of overdubbing **2** : recorded sound that is overdubbed ⟨vocal ~s⟩

²**over·dub** \ˌō-vər-ˈdəb\ *vt* (1967) : to transfer (recorded sound) onto a recording that bears sound recorded earlier in order to produce a combined effect

**over·due** \-ˈdü, -ˈdyü\ *adj* (1845) **1 a** : unpaid when due **b** : delayed beyond an appointed time **2** : too great : EXCESSIVE **3** : more than ready

**over·eat** \ˌō-vər-ˈēt\ *vi* **over·ate** \-ˈāt\; **over·eat·en** \-ˈē-tᵊn\; **over·eat·ing** (1599) : to eat to excess — **over·eat·er** \ˌō-vər-ˈē-tər, ˈō-vər-ˌ\ *n*

**over·ex·pose** \ˌō-vər-ik-ˈspōz\ *vt* (1869) : to expose excessively; *esp* : to expose (as film) to excessive radiation (as light) — **over·ex·po·sure** \-ˈspō-zhər\ *n*

**over·ex·tend** \ˌō-vər-ik-ˈstend\ *vt* (1937) : to extend or expand beyond a safe or reasonable point; *esp* : to commit (oneself) financially beyond what can be paid — **over·ex·ten·sion** \-ˈsten(t)-shən\ *n*

**over·fa·tigue** \ˌō-vər-fə-ˈtēg\ *n* (1727) : excessive fatigue esp. when carried beyond the recuperative capacity of the individual — **over·fa·tigued** \-ˈtēgd\ *adj*

**over·feed** \ˌō-vər-ˈfēd\ *vb* **-fed** \-ˈfed\; **-feed·ing** *vt* (1608) : to feed to excess ~ *vi* : to eat to excess

**over·fill** \-ˈfil\ *vt* (13c) : to fill to overflowing ~ *vi* : to become full to overflowing

**over·fish** \-ˈfish\ *vt* (1867) : to fish to the detriment of (a fishing ground) or to the depletion of (a kind of organism)

**over·flight** \ˈō-vər-ˌflīt\ *n* (1950) : a passage over an area in an airplane

¹**over·flow** \ˌō-vər-ˈflō\ *vt* (bef. 12c) **1** : to cover with or as if with water : INUNDATE **2** : to flow over the brim of **3** : to cause to overflow ~ *vi* **1** : to flow over bounds **2** : to fill a space to capacity and spread beyond its limits ⟨the crowd ~*ed* into the street⟩

²**over·flow** \ˈō-vər-ˌflō\ *n* (1589) **1** : a flowing over : INUNDATION **2** : something that flows over : SURPLUS **3** : an outlet or receptacle for surplus liquid

**over·fly** \ˌō-vər-ˈflī\ *vt* **-flew** \-ˈflü\; **-flown** \-ˈflōn\; **-fly·ing** (14c) : to fly over; *esp* : to pass over in an airplane or spacecraft

**over·gar·ment** \ˈō-vər-ˌgär-mənt\ *n* (15c) : an outer garment

**over·glaze** \-ˌglāz\ *adj* (1879) : applied or suitable for applying on top of a fired glaze ⟨~ enamels⟩ — **overglaze** *n*

**over·graze** \ˌō-vər-ˈgrāz\ *vt* (1919) : to allow animals to graze (as a pasture) to the point of damaging vegetational cover

**over·grow** \ˌō-vər-ˈgrō\ *vb* **-grew** \-ˈgrü\; **-grown** \-ˈgrōn\; **-grow·ing** *vt* (14c) **1** : to grow over so as to cover with herbage **2** : to grow beyond or rise above : OUTGROW ~ *vi* **1** : to grow excessively **2** : to become grown over — **over·growth** \ˈō-vər-ˌgrōth\ *n*

**overgrown** *adj* (1604) : grown abnormally or excessively large ⟨dismissed him as an ~ adolescent⟩

¹**over·hand** \ˈō-vər-ˌhand\ *adj* (1656) : made with the hand brought forward and down from above shoulder level — **overhand** *adv* — **over·hand·ed** \ˌō-vər-ˈhan-dəd\ *adv or adj*

²**overhand** *vt* (1871) : to sew with short vertical stitches

³**overhand** *n* (ca. 1934) : an overhand stroke (as in handball)

**overhand knot** *n* (1840) : a small knot often used to prevent the end of a cord from fraying — see KNOT illustration

¹**over·hang** \ˈō-vər-ˌhaŋ, ˌō-vər-ˈ\ *vb* **-hung** \-ˌhəŋ, -ˈhəŋ\; **-hang·ing** *vt* (1592) **1** : to project over **2** : to impend over : THREATEN ~ *vi* : to project so as to be over something

²**over·hang** \ˈō-vər-ˌhaŋ\ *n* (1864) **1** : the part of the bow or stern of a ship that projects over the water above the waterline **2** : something that overhangs; *also* : the extent of the overhanging **3** : a projection of the roof or upper story of a building beyond the wall of the lower part **4** : an excess supply of a commodity that cannot be readily converted, sold, or disposed of ⟨dollar ~⟩ ⟨inventory ~⟩

**over·haul** \ˌō-vər-ˈhȯl\ *vt* (1705) **1 a** : to examine thoroughly **b (1)** : REPAIR **(2)** : to renovate, revise, or renew thoroughly **2** : to haul or drag over **3** : OVERTAKE — **over·haul** \ˈō-vər-ˌhȯl\ *n*

¹**over·head** \ˌō-vər-ˈhed\ *adv* (15c) : above one's head : ALOFT

²**over·head** \ˈō-vər-ˌhed\ *adj* (1874) **1 a** : operating, lying, or coming from above **b** : having the driving part above the part driven ⟨valves operated by an ~ camshaft⟩ **2** : of or relating to overhead ⟨~ costs⟩

³**over·head** \ˈō-vər-ˌhed\ *n* (1914) **1** : business expenses (as rent, insurance, or heating) not chargeable to a particular part of the work or product **2** : CEILING; *esp* : the ceiling of a ship's compartment **3** : a stroke in a racket game made above head height : SMASH

**overhead projector** *n* (1951) : a projector for projecting onto a vertical screen magnified images of graphic material on a horizontal transparency illuminated from below — called also *overhead*

**over·hear** \ˌō-vər-ˈhir\ *vb* **-heard** \-ˈhərd\; **-hear·ing** \-ˈhir-iŋ\ *vt* (1549) : to hear without the speaker's knowledge or intention ~ *vi* : to overhear something

**over·heat** \-ˈhēt\ *vt* (14c) **1** : to heat to excess **2** : to stimulate or agitate unduly ~ *vi* : to become heated beyond a safe or desirable point

**over·heat·ed** \-ˈhē-təd\ *adj* (1953) : PERFERVID

**over·is·sue** \ˌō-vər-ˈi-(ˌ)shü\ *n* (1803) : an issue exceeding the limit of capital, credit, or authority — **over·is·su·ance** \-ˈi-shə-wən(t)s\ *n* — **overissue** *vt*

**over·joyed** \-ˈjȯid\ *adj* (1594) : feeling great joy

¹**over·kill** \ˌō-vər-ˈkil\ *vt* (1957) : to obliterate (a target) with more nuclear force than required

²**over·kill** \ˈō-vər-ˌkil\ *n* (1958) **1** : a destructive capacity greatly exceeding that required for a given target **2** : an excess of something (as a quantity or an action) beyond what is required or suitable for a particular purpose ⟨a propaganda ~⟩ ⟨an ~ in weaponry⟩ **3** : killing in excess of what is intended or required

¹**over·land** \ˈō-vər-ˌland, -lənd\ *adv* (12c) : by, on, or across land

²**overland** *adj* (1800) : going or accomplished over the land instead of by sea ⟨~ emigrants⟩ ⟨an ~ route⟩

**over·lap** \ˌō-vər-ˈlap\ *vt* (1726) **1** : to extend over or past and cover a part of **2** : to have something in common with ~ *vi* **1** : to occupy the same area in part : lap over **2** : to have something in common — **over·lap** \ˈō-vər-ˌlap\ *n*

¹**over·lay** \ˌō-vər-ˈlā\ *vt* **-laid** \-ˈlād\; **-lay·ing** (14c) **1 a** : to lay or spread over or across : SUPERIMPOSE **b** : to prepare an overlay for **2** : OVERLIE 2

²**over·lay** \ˈō-vər-ˌlā\ *n* (1794) : a covering either permanent or temporary: as **a** : an ornamental veneer **b** : a decorative and contrasting design or article placed on top of a plain one **c** : a transparent sheet containing graphic matter to be superimposed on another sheet

**over·leaf** \ˈō-vər-ˌlēf, -ˈlēf\ *adv* (1843) : on the other side of a leaf (as of a book)

**over·leap** \ˌō-vər-ˈlēp\ *vt* **-leaped** *or* **-leapt** \-ˈlēpt *also* -ˈlept\; **-leap·ing** \-ˈlē-piŋ\ (bef. 12c) **1** : to leap over or across **2** : to defeat (oneself) by going too far

**over·learn** \-ˈlərn\ *vt* (1874) : to continue to study or practice after attaining proficiency

**over·lie** \-ˈlī\ *vt* **-lay** \-ˈlā\; **-lain** \-ˈlān\; **-ly·ing** \-ˈlī-iŋ\ (13c) **1** : to lie over or upon **2** : to cause the death of by lying upon

¹**over·look** \-ˈlu̇k\ *vt* (14c) **1** : to look over : INSPECT **2 a** : to look

\ə\ abut \ᵊ\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ mop, mar \au̇\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job \ŋ\ sing \ō\ go \ȯ\ law \ȯi\ boy \th\ thin \t͟h\ the \ü\ loot \u̇\ foot \y\ yet \zh\ vision \à, k̲, ⁿ, œ, œ̄, ue, ue̅, ʸ\ *see* Guide to Pronunciation

**re·ca·mier** \ˌrā-käm-ˈyā\ *n* [fr. its appearance in a portrait of Mme. Récamier by Jacques-Louis David] (1924) : a sometimes backless couch with a high curved headrest and low footrest

recamier

**re·can·a·li·za·tion** \(ˌ)rē-ˌka-nᵊl-ə-ˈzā-shən\ *n* (1953) : the process of restoring flow to or reuniting an interrupted channel of a bodily tube (as a blood vessel or vas deferens) — **re·can·a·lize** \-kə-ˈna-ˌlīz, -ˈka-nᵊl-ˌīz\ *vt*

**re·cant** \ri-ˈkant\ *vb* [L *recantare,* fr. *re-* + *cantare* to sing — more at CHANT] *vt* (1535) **1 :** to withdraw or repudiate (a statement or belief) formally and publicly : RENOUNCE **2 :** REVOKE ~ *vi* : to make an open confession of error ***syn*** see ABJURE — **re·can·ta·tion** \ˌrē-ˌkan-ˈtā-shən\ *n*

[1]**re·cap** \ˈrē-ˌkap\ *n* [by shortening] (ca. 1926) : RECAPITULATION

[2]**re·cap** \ˈrē-ˌkap, ri-ˈ\ *vb* **re·capped; re·cap·ping** (1945) : RECAPITULATE

[3]**re·cap** \ˈrē-ˌkap\ *n* [[4]*recap*] (1940) : RETREAD 1

[4]**re·cap** \(ˌ)rē-ˈkap\ *vt* **re·capped; re·cap·ping** [*re-* + [1]*cap*] (1941) : RETREAD — **re·cap·pa·ble** \-ˈka-pə-bəl\ *adj*

**re·cap·i·tal·i·za·tion** \(ˌ)rē-ˌka-pə-tᵊl-ə-ˈzā-shən, -ˌkap-tᵊl-\ *n* (1920) : a revision of the capital structure of a corporation

**re·cap·i·tal·ize** \(ˌ)rē-ˈka-pə-tᵊl-ˌīz, -ˈkap-tᵊl-\ *vt* (1904) : to change the capital structure of

**re·ca·pit·u·late** \ˌrē-kə-ˈpi-chə-ˌlāt\ *vb* **-lat·ed; -lat·ing** [LL *recapitulatus,* pp. of *recapitulare* to restate by heads, sum up, fr. L *re-* + *capitulum* division of a book — more at CHAPTER] *vt* (1570) : to repeat the principal points or stages of : SUMMARIZE ~ *vi* : SUM UP

**re·ca·pit·u·la·tion** \-ˌpi-chə-ˈlā-shən\ *n* (14c) **1 :** a concise summary **2 :** the hypothetical occurrence in an individual organism's development of successive stages resembling the series of ancestral types from which it has descended so that the ontogeny of the individual is a recapitulation of the phylogeny of its group **3 :** the third section of a sonata form

[1]**re·cap·ture** \(ˌ)rē-ˈkap-chər\ *n* (1752) **1 a :** the act of retaking **b :** an instance of being retaken **2 :** the retaking of a prize or goods under international law **3 :** a government seizure under law of earnings or profits beyond a fixed amount

[2]**recapture** *vt* (1799) **1 a :** to capture again **b :** to experience again ⟨by no effort of the imagination could she ~ the ecstasy —Ellen Glasgow⟩ **2 :** to take (as a portion of earnings or profits above a fixed amount) by law or through negotiations under law

**re·cast** \(ˌ)rē-ˈkast\ *vt* **-cast; -cast·ing** (1603) : to cast again ⟨~ a gun⟩ ⟨~ a play⟩; *also* : REMODEL, REFASHION ⟨~*s* his political image to fit the times⟩ — **re·cast** \ˈrē-ˌkast, (ˌ)rē-ˈ\ *n*

**rec·ce** \ˈre-kē\ *n, often attrib* [by shortening & alter.] (1941) : RECONNAISSANCE

[1]**re·cede** \ri-ˈsēd\ *vi* **re·ced·ed; re·ced·ing** [ME, fr. L *recedere* to go back, fr. *re-* + *cedere* to go] (15c) **1 a :** to move back or away : WITHDRAW **b :** to slant backward **2 :** to grow less or smaller : DIMINISH, DECREASE

***syn*** RECEDE, RETREAT, RETRACT, BACK mean to move backward. RECEDE implies a gradual withdrawing from a forward or high fixed point in time or space ⟨the flood waters gradually *receded*⟩. RETREAT implies withdrawal from a point or position reached ⟨*retreating* soldiers⟩. RETRACT implies drawing back from an extended position ⟨a cat *retracting* its claws⟩. BACK is used with *up, down, out,* or *off* to refer to any retrograde motion ⟨*backed* off on the throttle⟩.

[2]**re·cede** \(ˌ)rē-ˈsēd\ *vt* [*re-* + *cede*] (1771) : to cede back to a former possessor

[1]**re·ceipt** \ri-ˈsēt\ *n* [ME *receite,* fr. ONF, fr. ML *recepta,* prob. fr. L, neut. pl. of *receptus,* pp. of *recipere* to receive] (14c) **1 :** RECIPE **2 a** *obs* : RECEPTACLE **b** *archaic* : a revenue office **3 :** the act or process of receiving **4 :** something received — usu. used in pl. **5 :** a writing acknowledging the receiving of goods or money

[2]**receipt** *vt* (1787) **1 :** to give a receipt for or acknowledge the receipt of **2 :** to mark as paid

**re·ceiv·able** \ri-ˈsē-və-bəl\ *adj* (14c) **1 :** capable of being received **2 :** subject to call for payment ⟨notes ~⟩

**re·ceiv·ables** \-bəlz\ *n pl* (1863) : amounts of money receivable

**re·ceive** \ri-ˈsēv\ *vb* **re·ceived; re·ceiv·ing** [ME, fr. ONF *receivre,* fr. L *recipere,* fr. *re-* + *capere* to take — more at HEAVE] *vt* (14c) **1 :** to come into possession of : ACQUIRE ⟨~ a gift⟩ **2 a :** to act as a receptacle or container for ⟨the cistern ~*s* water from the roof⟩ **b :** to assimilate through the mind or senses ⟨~ new ideas⟩ **3 a :** to permit to enter : ADMIT **b :** WELCOME, GREET **c :** to react to in a specified manner **4 :** to accept as authoritative, true, or accurate : BELIEVE **5 a :** to support the weight or pressure of : BEAR **b :** to take (a mark or impression) from the weight of something ⟨some clay ~*s* clear impressions⟩ **c :** ACQUIRE, EXPERIENCE ⟨*received* his early schooling at home⟩ **d :** to suffer the hurt or injury of ⟨*received* a broken nose⟩ ~ *vi* **1 :** to be a recipient **2 :** to be at home to visitors ⟨~*s* on Tuesdays⟩ **3 :** to convert incoming radio waves into perceptible signals **4 :** to prepare to take possession of the ball from a kick in football

**received** *adj* (15c) : generally accepted : COMMON ⟨a healthy skepticism about ~ explanations —B. K. Lewalski⟩

**Received Pronunciation** *n* (1869) : the pronunciation of Received Standard

**Received Standard** *n* (1913) : a traditionally prestigious form of English spoken at the English public schools, at the universities of Oxford and Cambridge, and by many educated British people elsewhere

**re·ceiv·er** \ri-ˈsē-vər\ *n* (14c) : one that receives: as **a :** TREASURER **b (1) :** a person appointed to hold in trust and administer property under litigation **(2) :** a person appointed to settle the affairs of a business involving a public interest or to manage a corporation during reorganization **c :** one that receives stolen goods : FENCE **d :** a device for converting signals (as electromagnetic waves) into audio or visual form: as **(1) :** a device in a telephone for converting electric impulses or varying current into sound **(2) :** a radio receiver with a tuner and amplifier on one chassis **e (1) :** CATCHER **(2) :** a member of the offensive team in football eligible to catch a forward pass

**receiver general** *n, pl* **receivers general** (15c) : a public officer in charge of the treasury (as of Massachusetts)

**re·ceiv·er·ship** \ri-ˈsē-vər-ˌship\ *n* (15c) **1 :** the office or function of a receiver **2 :** the state of being in the hands of a receiver

**receiving blanket** *n* (1926) : a small lightweight blanket used to wrap an infant (as after bathing)

**receiving end** *n* (1937) : the position of being a recipient or esp. a victim — usu. used in the phrase *on the receiving end*

**receiving line** *n* (1933) : a group of people who stand in a line and individually welcome guests (as at a wedding reception)

**re·cen·cy** \ˈrē-sᵊn(t)-sē\ *n* (1612) : the quality or state of being recent

**re·cen·sion** \ri-ˈsen(t)-shən\ *n* [L *recension-, recensio* enumeration, fr. *recensēre* to review, fr. *re-* + *censēre* to assess, tax — more at CENSOR] (ca. 1828) **1 :** a critical revision of a text **2 :** a text established by critical revision

**re·cent** \ˈrē-sᵊnt\ *adj* [ME, fr. MF or L; MF, fr. L *recent-, recens;* perh. akin to Gk *kainos* new] (15c) **1 a :** having lately come into existence : NEW, FRESH **b :** of or relating to a time not long past **2** *cap* : HOLOCENE — **re·cent·ness** *n*

**re·cent·ly** *adv* (1533) : during a recent period of time : LATELY

**re·cep·ta·cle** \ri-ˈsep-ti-kəl\ *n* [ME, fr. L *receptaculum,* fr. *receptare* to receive, freq. of *recipere* to receive] (15c) **1 :** one that receives and contains something : CONTAINER **2** [NL *receptaculum,* fr. L] **a :** the end of the flower stalk upon which the floral organs are borne **b :** a modified branch bearing sporangia in a cryptogamous plant **3 :** a mounted female electrical fitting that contains the live parts of the circuit

**re·cep·tion** \ri-ˈsep-shən\ *n* [ME *recepcion,* fr. MF or L; MF *reception,* fr. L *reception-, receptio,* fr. *recipere*] (15c) **1 :** the act or action or an instance of receiving: as **a :** RECEIPT ⟨the ~ and distribution of funds⟩ **b :** ADMISSION ⟨~ into the church⟩ **c :** RESPONSE, REACTION ⟨the play met with a mixed ~⟩ **d :** the receiving of a radio or television broadcast **e :** the catching of a forward pass by a receiver **2 :** a social gathering often for the purpose of extending a formal welcome

**re·cep·tion·ist** \-sh(ə-)nist\ *n* (1901) : a person employed to greet telephone callers, visitors, patients, or clients

**re·cep·tive** \ri-ˈsep-tiv\ *adj* (15c) **1 :** able or inclined to receive; *esp* : open and responsive to ideas, impressions, or suggestions **2 a** *of a sensory end organ* : fit to receive and transmit stimuli **b :** SENSORY — **re·cep·tive·ly** *adv* — **re·cep·tive·ness** *n* — **re·cep·tiv·i·ty** \ˌrē-ˌsep-ˈti-və-tē, ri-\ *n*

**re·cep·tor** \ri-ˈsep-tər\ *n* (1898) : RECEIVER: as **a :** a cell or group of cells that receives stimuli : SENSE ORGAN **b :** a chemical group or molecule (as a protein) on the cell surface or in the cell interior that has an affinity for a specific chemical group, molecule, or virus

[1]**re·cess** \ˈrē-ˌses, ri-ˈ\ *n* [L *recessus,* fr. *recedere* to recede] (1531) **1 :** the action of receding : RECESSION **2 :** a hidden, secret, or secluded place or part **3 a :** INDENTATION, CLEFT ⟨a deep ~ in the hill⟩ **b :** ALCOVE ⟨a ~ lined with books⟩ **4 :** a suspension of business or procedure often for rest or relaxation ⟨children playing at ~⟩

[2]**recess** *vt* (1809) **1 :** to put into a recess ⟨~*ed* lighting⟩ **2 :** to make a recess in **3 :** to interrupt for a recess ~ *vi* : to take a recess

[1]**re·ces·sion** \ri-ˈse-shən\ *n* (ca. 1652) **1 :** the act or action of receding : WITHDRAWAL **2 :** a departing procession (as of clergy and choir at the end of a church service) **3 :** a period of reduced economic activity — **re·ces·sion·ary** \-shə-ˌner-ē\ *adj*

[2]**re·ces·sion** \(ˌ)rē-ˈse-shən\ *n* [*re-* + *cession*] (1828) : the act of ceding back to a former possessor

[1]**re·ces·sion·al** \ri-ˈsesh-nəl, -ˈse-shə-nᵊl\ *adj* (1867) : of or relating to a withdrawal

[2]**recessional** *n* (1867) **1 :** a hymn or musical piece at the conclusion of a service or program **2 :** [1]RECESSION 2

[1]**re·ces·sive** \ri-ˈse-siv\ *adj* (ca. 1673) **1 a :** tending to recede **b :** WITHDRAWN 2 **2 a :** producing little or no phenotypic effect when occurring in heterozygous condition with a contrasting allele ⟨~ genes⟩ **b :** expressed only when the determining gene is in the homozygous condition ⟨~ traits⟩ — **re·ces·sive·ly** *adv* — **re·ces·sive·ness** *n*

[2]**recessive** *n* (1900) **1 :** an organism possessing one or more recessive characters **2 :** a recessive character or gene

**re·charge** \(ˌ)rē-ˈchärj\ *vi* (1598) **1 :** to make a new attack **2 :** to regain energy or spirit ~ *vt* **1 :** to charge again; *esp* : to restore anew the active materials in (a storage battery) **2 :** to inspire or invigorate afresh : RENEW — **re·charge** \(ˌ)rē-ˈchärj, ˈrē-ˌ\ *n* — **re·charge·able** \(ˌ)rē-ˈchär-jə-bəl\ *adj* — **re·charg·er** \-jər\ *n*

**ré·chauf·fé** \ˌrā-shō-ˈfā, -ˈshō-ˌ\ *n* [F, fr. *réchauffé* warmed-over, fr. pp. of *réchauffer* to warm over, fr. *ré-* re- + *chauffer* to warm, fr. MF *chaufer* — more at CHAFE] (1805) **1 :** REHASH **2 :** a warmed-over dish of food

**re·cheat** \ri-ˈchēt\ *n* [ME *rechate,* fr. *rechaten* to blow the recheat, fr. MF *rachater* to assemble, rally, fr. *re-* + *achater* to acquire, fr. (assumed) VL *accaptare* — more at CATE] (15c) : a hunting call sounded on a horn to assemble the hounds

**re·cher·ché** \rə-ˌsher-ˈshā, -ˈsher-ˌ\ *adj* [F, fr. pp. of *rechercher* to seek out, fr. MF *recherchier* — more at RESEARCH] (1722) **1 a :** EXQUISITE, CHOICE **b :** EXOTIC, RARE **2 :** excessively refined : AFFECTED **3 :** PRETENTIOUS, OVERBLOWN

**re·cid·i·vism** \ri-ˈsi-də-ˌvi-zəm\ *n* (1886) : a tendency to relapse into a previous condition or mode of behavior; *esp* : relapse into criminal behavior

**re·cid·i·vist** \-vist\ *n* [F *récidiviste,* fr. *récidiver* to relapse, fr. ML *recidivare,* fr. L *recidivus* recurring, fr. *recidere* to fall back, fr. *re-* + *cadere* to fall — more at CHANCE] (1880) : one who relapses; *specif* : an habitual criminal — **recidivist** *adj* — **re·cid·i·vis·tic** \-ˌsi-də-ˈvis-tik\ *adj*

**rec·i·pe** \ˈre-sə-(ˌ)pē\ *n* [L, take, imper. of *recipere* to take, receive — more at RECEIVE] (1584) **1 :** PRESCRIPTION 4a **2 :** a set of instructions

\ə\ abut \ᵊ\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ mop, mar
\au̇\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job
\ŋ\ sing \ō\ go \ȯ\ law \ȯi\ boy \th\ thin \t͟h\ the \ü\ loot \u̇\ foot
\y\ yet \zh\ vision \à, ḵ, $^{n}$, œ, œ̄, ue, ue̅, $^{y}$\ see Guide to Pronunciation