

# Merriam-Webster's Collegiate® Dictionary

TENTH EDITION

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.

EXHIBIT A



**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1994 by Merriam-Webster, Incorporated

Philippines Copyright 1994 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data
Main entry under title:

Merriam-Webster's collegiate dictionary. — 10th ed.
p. cm.
ISBN 0-87779-708-0 (unindexed). — ISBN 0-87779-709-9 (indexed).
— ISBN 0-87779-710-2 (deluxe). — ISBN 0-87779-707-2 (laminated cover).
1. English language—Dictionaries.
PE1628.M36 1994
423—dc20 93-32603
CIP

Merriam-Webster's Collegiate® Dictionary, Tenth Edition principal copyright 1993

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

9101112RMcN94

**over·ca·pac·i·ty** \ˌō-vər-kə-ˈpa-sə-tē, -ˈpas-tē\ *n* (1928) : excessive capacity for production or services in relation to demand

**over·cap·i·tal·ize** \-ˈka-pə-tᵊl-ˌīz, -ˈkap-tᵊl-\ *vt* (1890) **1** : to put a nominal value on the capital of (a corporation) higher than actual cost or fair market value **2** : to capitalize beyond what the business or the profit-making prospects warrant — **over·cap·i·tal·i·za·tion** \-ˌka-pə-tᵊl-ə-ˈzā-shən, -ˌkap-tᵊl-\ *n*

**¹over·cast** *vt* **-cast; -cast·ing** (14c) **1** \ˌō-vər-ˈkast, ˈō-vər-ˌ\ : DARKEN, OVERSHADOW **2** \ˈō-vər-ˌ\ : to sew (raw edges of a seam) with long slanting widely spaced stitches to prevent raveling

**²over·cast** \ˈō-vər-ˌkast, ˌō-vər-ˈ\ *adj* (1536) : clouded over ⟨an ~ day⟩

**³over·cast** \ˈō-vər-ˌkast\ *n* (1686) : COVERING; *esp* : a covering of clouds over the sky

**over·cast·ing** \ˈō-vər-ˌkas-tiŋ\ *n* (1885) : the act of stitching raw edges of fabric to prevent raveling; *also* : the stitching so done

**overcast stitch** *n* (1891) : a small close embroidery stitch sometimes done over a foundation thread and used to form outlines

overcast stitch

**over·charge** \ˌō-vər-ˈchärj\ *vt* (14c) **1** : to charge too much or too fully **2** : to fill too full **3** : EXAGGERATE, OVERDRAW ~ *vi* : to make an excessive charge — **over·charge** \ˈō-vər-ˌ\ *n*

**over·cloud** \ˌō-vər-ˈklau̇d\ *vt* (1592) : to overspread with or as if with clouds

**over·coat** \ˈō-vər-ˌkōt\ *n* (1802) **1** : a warm coat worn over indoor clothing **2** : a protective coating (as of paint)

**over·come** \ˌō-vər-ˈkəm\ *vb* **-came** \-ˈkām\; **-come; -com·ing** [ME, fr. OE *ofercuman,* fr. *ofer* over + *cuman* to come] *vt* (bef. 12c) **1** : to get the better of : SURMOUNT ⟨~ difficulties⟩ **2** : OVERWHELM ~ *vi* : to gain the superiority : WIN ***syn*** see CONQUER — **over·com·er** *n*

**over·com·mit** \-kə-ˈmit\ *vt* (1951) : to commit excessively: as **a** : to obligate (as oneself) beyond the ability for fulfillment **b** : to allocate (resources) in excess of the capacity for replenishment — **over·com·mit·ment** \-mənt\ *n*

**over·com·pen·sa·tion** \-ˌkäm-pən-ˈsā-shən, -ˌpen-\ *n* (1912) : excessive compensation; *specif* : excessive reaction to a feeling of inferiority, guilt, or inadequacy leading to an exaggerated attempt to overcome the feeling — **over·com·pen·sate** \-ˈkäm-pən-ˌsāt\ *vb* — **over·com·pen·sa·to·ry** \-kəm-ˈpen(t)-sə-ˌtōr-ē, -ˌtȯr-\ *adj*

**over·crowd** \ˌō-vər-ˈkrau̇d\ *vt* (1766) : to cause to be too crowded ~ *vi* : to crowd together too much

**over·cut** \-ˈkət\ *vt* (1906) : to cut excessively; *specif* : to cut timber from (a forest) in excess of annual growth or an allotted annual amount

**over·de·ter·mined** \-di-ˈtər-mənd\ *adj* (1915) **1** : excessively determined **2** : having more than one determining psychological factor

**over·de·vel·op** \-di-ˈve-ləp\ *vt* (1869) : to develop excessively; *esp* : to subject (exposed photographic material) to a developing solution for excessive time or at excessive temperature, agitation, or concentration — **over·de·vel·op·ment** \-mənt\ *n*

**over·do** \ˌō-vər-ˈdü\ *vb* **-did** \-ˈdid\; **-done** \-ˈdən\; **-do·ing** \-ˈdü-iŋ\; **-does** \-ˈdəz\ *vt* (bef. 12c) **1 a** : to do in excess **b** : to use to excess **c** : EXAGGERATE **2** : to cook too long **3** : EXHAUST ~ *vi* : to go to extremes

**over·dog** \ˈō-vər-ˌdȯg\ *n* [³*over* + under*dog*] (1938) : one that is dominant or victorious

**over·dom·i·nance** \ˌō-vər-ˈdä-mə-nən(t)s, -ˈdäm-nən(t)s\ *n* (1947) : the condition wherein a heterozygote produces a phenotype more extreme or better adapted than that of the homozygote — **over·dom·i·nant** \-nənt\ *adj*

**¹over·dose** \ˈō-vər-ˌdōs\ *n* (1700) **1** : too great a dose (as of a therapeutic agent); *also* : a lethal or toxic amount (as of a drug) **2** : an excessive quantity or amount ⟨an ~ of sports⟩ — **over·dos·age** \ˌō-vər-ˈdō-sij\ *n*

**²over·dose** \ˌō-vər-ˈdōs\ *vt* (1727) : to give an overdose or too many doses to ~ *vi* : to take or experience an overdose — usu. used with *on*

**over·draft** \ˈō-vər-ˌdraft\ *n* (1878) **1** : an act of overdrawing at a bank : the state of being overdrawn; *also* : the sum overdrawn **2** : LINE OF CREDIT

**over·draw** \ˌō-vər-ˈdrȯ\ *vb* **-drew** \-ˈdrü\; **-drawn** \-ˈdrȯn\; **-draw·ing** *vt* (1734) **1** : to draw checks on (a bank account) for more than the balance ⟨the account was *overdrawn*⟩ **2** : EXAGGERATE, OVERSTATE ~ *vi* : to make an overdraft

**over·drawn** *adj* (1866) : having an overdrawn account

**¹over·dress** \ˌō-vər-ˈdres\ *vt* (1706) : to dress or adorn to excess ~ *vi* : to dress oneself to excess

**²over·dress** \ˈō-vər-ˌdres\ *n* (1812) : a dress worn over another

**over·drive** \ˈō-vər-ˌdrīv\ *n* (1926) **1** : an automotive transmission gear that transmits to the drive shaft a speed greater than engine speed **2** : a state of heightened activity ⟨going into rhetorical ~⟩

**¹over·dub** \ˈō-vər-ˌdəb\ *n* (ca. 1965) **1** : the act or an instance of overdubbing **2** : recorded sound that is overdubbed ⟨vocal ~s⟩

**²over·dub** \ˌō-vər-ˈdəb\ *vt* (1967) : to transfer (recorded sound) onto a recording that bears sound recorded earlier in order to produce a combined effect

**over·due** \-ˈdü, -ˈdyü\ *adj* (1845) **1 a** : unpaid when due **b** : delayed beyond an appointed time **2** : too great : EXCESSIVE **3** : more than ready

**over·eat** \ˌō-vər-ˈēt\ *vi* **over·ate** \-ˈāt\; **over·eat·en** \-ˈē-tᵊn\; **over·eat·ing** (1599) : to eat to excess — **over·eat·er** \ˌō-vər-ˈē-tər, ˈō-vər-ˌ\ *n*

**over·ex·pose** \ˌō-vər-ik-ˈspōz\ *vt* (1869) : to expose excessively; *esp* : to expose (as film) to excessive radiation (as light) — **over·ex·po·sure** \-ˈspō-zhər\ *n*

**over·ex·tend** \ˌō-vər-ik-ˈstend\ *vt* (1937) : to extend or expand beyond a safe or reasonable point; *esp* : to commit (oneself) financially beyond what can be paid — **over·ex·ten·sion** \-ˈsten(t)-shən\ *n*

**over·fa·tigue** \ˌō-vər-fə-ˈtēg\ *n* (1727) : excessive fatigue esp. when carried beyond the recuperative capacity of the individual — **over·fa·tigued** \-ˈtēgd\ *adj*

**over·feed** \ˌō-vər-ˈfēd\ *vb* **-fed** \-ˈfed\; **-feed·ing** *vt* (1608) : to feed to excess ~ *vi* : to eat to excess

**over·fill** \-ˈfil\ *vt* (13c) : to fill to overflowing ~ *vi* : to become full to overflowing

**over·fish** \-ˈfish\ *vt* (1867) : to fish to the detriment of (a fishing ground) or to the depletion of (a kind of organism)

**over·flight** \ˈō-vər-ˌflīt\ *n* (1950) : a passage over an area in an airplane

**¹over·flow** \ˌō-vər-ˈflō\ *vt* (bef. 12c) **1** : to cover with or as if with water : INUNDATE **2** : to flow over the brim of **3** : to cause to overflow ~ *vi* **1** : to flow over bounds **2** : to fill a space to capacity and spread beyond its limits ⟨the crowd ~*ed* into the street⟩

**²over·flow** \ˈō-vər-ˌflō\ *n* (1589) **1** : a flowing over : INUNDATION **2** : something that flows over : SURPLUS **3** : an outlet or receptacle for surplus liquid

**over·fly** \ˌō-vər-ˈflī\ *vt* **-flew** \-ˈflü\; **-flown** \-ˈflōn\; **-fly·ing** (14c) : to fly over; *esp* : to pass over in an airplane or spacecraft

**over·gar·ment** \ˈō-vər-ˌgär-mənt\ *n* (15c) : an outer garment

**over·glaze** \-ˌglāz\ *adj* (1879) : applied or suitable for applying on top of a fired glaze ⟨~ enamels⟩ — **overglaze** *n*

**over·graze** \ˌō-vər-ˈgrāz\ *vt* (1919) : to allow animals to graze (as a pasture) to the point of damaging vegetational cover

**over·grow** \ˌō-vər-ˈgrō\ *vb* **-grew** \-ˈgrü\; **-grown** \-ˈgrōn\; **-grow·ing** *vt* (14c) **1** : to grow over so as to cover with herbage **2** : to grow beyond or rise above : OUTGROW ~ *vi* **1** : to grow excessively **2** : to become grown over — **over·growth** \ˈō-vər-ˌgrōth\ *n*

**overgrown** *adj* (1604) : grown abnormally or excessively large ⟨dismissed him as an ~ adolescent⟩

**¹over·hand** \ˈō-vər-ˌhand\ *adj* (1656) : made with the hand brought forward and down from above shoulder level — **overhand** *adv* — **over·hand·ed** \ˌō-vər-ˈhan-dəd\ *adv or adj*

**²overhand** *vt* (1871) : to sew with short vertical stitches

**³overhand** *n* (ca. 1934) : an overhand stroke (as in handball)

**overhand knot** *n* (1840) : a small knot often used to prevent the end of a cord from fraying — see KNOT illustration

**¹over·hang** \ˈō-vər-ˌhaŋ, ˌō-vər-ˈ\ *vb* **-hung** \-ˌhəŋ, -ˈhəŋ\; **-hang·ing** *vt* (1592) **1** : to project over **2** : to impend over : THREATEN ~ *vi* : to project so as to be over something

**²over·hang** \ˈō-vər-ˌhaŋ\ *n* (1864) **1** : the part of the bow or stern of a ship that projects over the water above the waterline **2** : something that overhangs; *also* : the extent of the overhanging **3** : a projection of the roof or upper story of a building beyond the wall of the lower part **4** : an excess supply of a commodity that cannot be readily converted, sold, or disposed of ⟨dollar ~⟩ ⟨inventory ~⟩

**over·haul** \ˌō-vər-ˈhȯl\ *vt* (1705) **1 a** : to examine thoroughly **b** (1) : REPAIR (2) : to renovate, revise, or renew thoroughly **2** : to haul or drag over **3** : OVERTAKE — **over·haul** \ˈō-vər-ˌhȯl\ *n*

**¹over·head** \ˌō-vər-ˈhed\ *adv* (15c) : above one's head : ALOFT

**²over·head** \ˈō-vər-ˌhed\ *adj* (1874) **1 a** : operating, lying, or coming from above **b** : having the driving part above the part driven ⟨valves operated by an ~ camshaft⟩ **2** : of or relating to overhead ⟨~ costs⟩

**³over·head** \ˈō-vər-ˌhed\ *n* (1914) **1** : business expenses (as rent, insurance, or heating) not chargeable to a particular part of the work or product **2** : CEILING; *esp* : the ceiling of a ship's compartment **3** : a stroke in a racket game made above head height : SMASH

**overhead projector** *n* (1951) : a projector for projecting onto a vertical screen magnified images of graphic material on a horizontal transparency illuminated from below — called also *overhead*

**over·hear** \ˌō-vər-ˈhir\ *vb* **-heard** \-ˈhərd\; **-hear·ing** \-ˈhir-iŋ\ *vt* (1549) : to hear without the speaker's knowledge or intention ~ *vi* : to overhear something

**over·heat** \-ˈhēt\ *vt* (14c) **1** : to heat to excess **2** : to stimulate or agitate unduly ~ *vi* : to become heated beyond a safe or desirable point

**over·heat·ed** \-ˈhē-təd\ *adj* (1953) : PERFERVID

**over·is·sue** \ˌō-vər-ˈi-(ˌ)shü\ *n* (1803) : an issue exceeding the limit of capital, credit, or authority — **over·is·su·ance** \-ˈi-shə-wən(t)s\ *n* — **overissue** *vt*

**over·joyed** \-ˈjȯid\ *adj* (1594) : feeling great joy

**¹over·kill** \ˌō-vər-ˈkil\ *vt* (1957) : to obliterate (a target) with more nuclear force than required

**²over·kill** \ˈō-vər-ˌkil\ *n* (1958) **1** : a destructive capacity greatly exceeding that required for a given target **2** : an excess of something (as a quantity or an action) beyond what is required or suitable for a particular purpose ⟨a propaganda ~⟩ ⟨an ~ in weaponry⟩ **3** : killing in excess of what is intended or required

**¹over·land** \ˈō-vər-ˌland, -lənd\ *adv* (12c) : by, on, or across land

**²overland** *adj* (1800) : going or accomplished over the land instead of by sea ⟨~ emigrants⟩ ⟨an ~ route⟩

**over·lap** \ˌō-vər-ˈlap\ *vt* (1726) **1** : to extend over or past and cover a part of **2** : to have something in common with ~ *vi* **1** : to occupy the same area in part : lap over **2** : to have something in common — **over·lap** \ˈō-vər-ˌlap\ *n*

**¹over·lay** \ˌō-vər-ˈlā\ *vt* **-laid** \-ˈlād\; **-lay·ing** (14c) **1 a** : to lay or spread over or across : SUPERIMPOSE **b** : to prepare an overlay for **2** : OVERLIE 2

**²over·lay** \ˈō-vər-ˌlā\ *n* (1794) : a covering either permanent or temporary: as **a** : an ornamental veneer **b** : a decorative and contrasting design or article placed on top of a plain one **c** : a transparent sheet containing graphic matter to be superimposed on another sheet

**over·leaf** \ˈō-vər-ˌlēf, -ˈlēf\ *adv* (1843) : on the other side of a leaf (as of a book)

**over·leap** \ˌō-vər-ˈlēp\ *vt* **-leaped** *or* **-leapt** \-ˈlēpt *also* -ˈlept\; **-leap·ing** \-ˈlē-piŋ\ (bef. 12c) **1** : to leap over or across **2** : to defeat (oneself) by going too far

**over·learn** \-ˈlərn\ *vt* (1874) : to continue to study or practice after attaining proficiency

**over·lie** \-ˈlī\ *vt* **-lay** \-ˈlā\; **-lain** \-ˈlān\; **-ly·ing** \-ˈlī-iŋ\ (13c) **1** : to lie over or upon **2** : to cause the death of by lying upon

**¹over·look** \-ˈlu̇k\ *vt* (14c) **1** : to look over : INSPECT **2 a** : to look

