

- Home
- Visit Our Sites
- Premium Services
- Downloads
- Word of the Day
- Word Games
- Open Dictionary
- Spelling Bee Hive
- Word for the Wise
- Online Store
- Help
- About Us

Also Visit: | Unabridged | Visual | Britannica Online Encyclopedia | ESL: Learner's | for Kids: | Word Central

○ Dictionary ○ Thesaurus ○ Spanish/English ○ Medical

## overhang

2 entries found. ⦿ On ○ Off

¹overhang (verb)

²overhang (noun)

Search "overhang" in:
* Thesaurus
* Spanish/English
* Medical Dictionary
* Open Dictionary

Browse words next to:
* overhang

Browse the Dictionary:
A B C D E F G H I J K L M N O P Q R S T U V W X Y Z #

Ads by Google

**Free Dictionary**
Define Any Word With The Click Of A Button. Free, Fast, and Simple.
www.Google.com

Main Entry: ²**over·hang**
Pronunciation: \ˈō-vər-ˌhaŋ\
Function: *noun*
Date: 1864
**1** : something that overhangs; *also* : the extent of the overhanging
**2** : the part of the bow or stern of a ship that projects over the water above the waterline
**3** : a projection of the roof or upper story of a building beyond the wall of the lower part
**4** : an excess amount of a commodity or security the selling of which often drives down the value of that kind of commodity or security <share overhang>
[OVERHANG ILLUSTRATION]

bing Learn more about "overhang" with Bing - bing.com

Learn more about "overhang" and related topics at Britannica.com

Ads by Google

Hang Tabs
Save money with Tower Tag Hang Tabs Display Strips and POP items
www.towertag.com

Thesaurus Dictionary
Everything to do with Thesaurus Dictionary items.
Yahoo.com

Go Site Seeing
with 2 weeks free

Ads by Google

**Adults - ADHD Med Savings**
Receive a coupon for up to $50 off a med from a trusted ADHD leader.
www.ADHDTreatmentforAdults.com

**Hang Tabs**
Save money with Tower Tag Hang Tabs Display Strips and POP items
www.towertag.com

**Pronunciation Symbols**

Share this entry:

**Link to this page:**
`<a href="http://www.merriam-webster.com/dictionary/overhang">overhang</a>`

**Cite this page:**

**MLA Style**
"overhang." Merriam-Webster Online Dictionary. 2009.
    Merriam-Webster Online. 22 October 2009
        <http://www.merriam-webster.com/dictionary/overhang>

**EXHIBIT B**

**APA Style**
overhang. (2009). In *Merriam-Webster Online Dictionary*.
    Retrieved October 22, 2009, from http://www.merriam-webster.com/dictionary/overhang

Products    Premium Services    Company Info    Contact Us    Advertising Info    Privacy Policy

© 2009 Merriam-Webster, Incorporated



1 overhang 3