# The American Heritage® Dictionary
## of the English Language

FOURTH EDITION



HOUGHTON MIFFLIN COMPANY
Boston  New York

EXHIBIT C

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

American Heritage® and the eagle logo are registered trademarks of Forbes Inc. Their use is pursuant to a license agreement with Forbes Inc.

Copyright © 2006, 2000 Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Reference Permissions, Houghton Mifflin Company, 222 Berkeley Street, Boston, MA 02116.

ISBN-13: 978-0-618-70172-8
ISBN-10: 0-618-70172-9
ISBN-13: 978-0-618-70173-5 (hardcover with CD-ROM)
ISBN-10: 0-618-70173-7 (hardcover with CD-ROM)

Visit our websites: www.houghtonmifflinbooks.com
or www.ahdictionary.com

*Library of Congress Cataloging-in-Publication Data*

The American Heritage dictionary of the English language.–4th ed.
    p.   cm.
   ISBN 0-395-82517-2 (hardcover) — ISBN 0-618-08230-1
   (hardcover with CD ROM)
   1. English language–Dictionaries
PE1628 .A623 2000
423–dc21
                                       00-025369

Manufactured in the United States of America

beyond capacity. ❖ *n.* (ō'vər-flō') **1.** The act of overflowing. **2.** Something that flows over; an excess. **3.** An outlet or vent through which excess liquid may escape. **4.** *Computer Science* A condition in which a calculation produces a unit of data too large to be stored in the location allotted to it.

**o•ver•fly** (ō'vər-flī') *tr.v.* **-flew** (-flōō'), **-flown** (-flōn'), **-fly•ing, -flies 1.** To fly over (a particular area or territory) in an aircraft or spacecraft. **2.** To fly beyond or past; overshoot: *The plane overflew the runway and crashed.*

**o•ver•gar•ment** (ō'vər-gär'mənt) *n.* An outer garment.

**o•ver•glaze** (ō'vər-glāz') *n.* **1.** An outer coat of glaze on a piece of pottery. **2.** A painted or printed decoration applied over a glaze. ❖ *tr.v.* (ō'vər-glāz', ō'vər-glāz') **-glazed, -glaz•ing, -glaz•es** To apply an overglaze to. ❖ *adj.* Applied or designed for applying over a ceramic glaze.

**o•ver•graze** (ō'vər-grāz') *tr.v.* **-grazed, -graz•ing, -graz•es** To permit animals to graze (vegetational cover) excessively, to the detriment of the vegetation.

**o•ver•grow** (ō'vər-grō', ō'vər-grō') *v.* **-grew** (-grōō'), **-grown** (-grōn'), **-grow•ing, -grows** —*tr.* **1.** To grow over with herbage or foliage. **2.** To grow beyond or too large for. —*intr.* **1.** To grow beyond normal or usual size. **2.** To become grown over, as with unwanted vegetation or weeds.

**o•ver•growth** (ō'vər-grōth') *n.* A usually abundant, luxuriant growth over or on something else: *an overgrowth of ivy on the old house.*

**o•ver•hand** (ō'vər-hănd') also **o•ver•hand•ed** (ō'vər-hăn'dĭd) *adj.* **1.** Executed with the hand brought forward and down from above the level of the shoulder: *an overhand pitch; an overhand stroke.* **2.** Sewn with close, vertical stitches drawing two edges together, with each stitch passing over the seam formed by the edges. ❖ *adv.* In an overhand manner. ❖ *n.* **1.** An overhand throw, stroke, or delivery. **2.** An overhand stitch or seam. ❖ *tr.v.* **-hand•ed, -hand•ing, -hands** To sew with overhand stitches.

**overhand knot** *n.* A knot formed by making a loop in a piece of cord and pulling the end through it. Also called *single knot.*

**o•ver•hang** (ō'vər-hăng') *v.* **-hung** (-hŭng'), **-hang•ing, -hangs** —*tr.* **1.** To project or extend beyond. **2.** To loom over: *The threat of nuclear war overhangs modern society.* **3.** To ornament with hangings. —*intr.* To project over something that lies beneath. See synonyms at **bulge.** ❖ *n.* (ō'vər-hăng') **1.** A projecting part, such as an architectural structure or a rock formation. **2.** An amount of projection: *an overhang of six inches.* **3.** *Nautical* The part of a bow or stern that projects over the water. **4.** A supply of a commodity in excess of what can easily be disposed of: *An unusually warm winter created an overhang in oil stocks.*

**o•ver•haul** (ō'vər-hôl', ō'vər-hôl') *tr.v.* **-hauled, -haul•ing, -hauls 1a.** To examine or go over carefully for needed repairs. **b.** To dismantle in order to make repairs. **c.** *Nautical* To slacken (a line) or to release and separate the blocks of (a tackle). **2.** To make extensive renovations or revisions on; renovate: *proposals to overhaul the health care system.* **3.** To catch up with; overtake. ❖ *n.* (ō'vər-hôl') **1.** An act of overhauling. **2.** A repair job. —**o'ver•haul'er** *n.*

**o•ver•head** (ō'vər-hĕd') *adj.* **1.** Located, functioning, or originating from above. **2.** Of or relating to the operating expenses of a business. ❖ *n.* **1.** The operating expenses of a business, including the costs of rent, utilities, interior decoration, and taxes, exclusive of labor and materials. **2.** *Nautical* The top surface in an enclosed space of a ship. **3.** Something, such as a light fixture, that is located above head height. **4.** *Sports* A stroke in a game, such as tennis or badminton, that is made with a hard downward motion from above the head. **5a.** An overhead projector. **b.** The image projected by an overhead projector. ❖ *adv.* (ō'vər-hĕd') Over or above the level of the head; high or higher up: *look overhead.*

**overhead projector** *n.* A projector capable of projecting enlarged images of written or pictorial material onto a screen or wall from a transparency placed horizontally below the projector and lighted from underneath.

**o•ver•hear** (ō'vər-hîr') *v.* **-heard** (-hûrd'), **-hear•ing, -hears** —*tr.* To hear (speech or someone speaking) without the speaker's awareness or intent. —*intr.* To hear something without the speaker's awareness or intent. —**o'ver•hear'er** *n.*

**o•ver•heat** (ō'vər-hēt') *v.* **-heat•ed, -heat•ing, -heats** —*tr.* **1.** To heat too much. **2.** To cause to become excited, agitated, or overstimulated. —*intr.* To become too hot or very excited.

**o•ver•hit** (ō'vər-hĭt') *v.* **-hit, -hit•ting, -hits** —*tr.* **1.** To hit (a tennis ball, for example) too hard or too far. **2.** To hit beyond, as in golf: *overhit his approach.* —*intr.* To overhit a ball.

**o•ver•hung** (ō'vər-hŭng') *v.* Past tense and past participle of **overhang.** ❖ *adj.* (ō'vər-hŭng') Suspended from above: *an overhung door.*

**o•ver•hy•drate** (ō'vər-hī'drāt) *tr.v.* **-drat•ed, -drat•ing, -drates** To cause to take excessive fluids into the body, as through intravenous injection. —**o'ver•hy•dra'tion** *n.*

**o•ver•hype** (ō'vər-hīp') *tr.v.* **-hyped, -hyp•ing, -hypes** *Slang* To promote or publicize to excess: *Promoters grossly overhyped the movie.*

**o•ver•in•dulge** (ō'vər-ĭn-dŭlj') *v.* **-dulged, -dulg•ing, -dulg•es** —*tr.* **1.** To indulge (a desire, craving, or habit) to excess: *overindulging a fondness for cake.* **2.** To indulge (a person) excessively: *overindulges his children.* —*intr.* To indulge in something to excess. —**o'ver•in•dul'gence** *n.* —**o'ver•in•dul'gent** *adj.* —**o'ver•in•dul'gent•ly** *adv.*

**o•ver•is•sue** (ō'vər-ĭsh'ōō) *n.* The issue, as of notes or securities, in excess of the issuer's capital, credit, or authority. —**o'ver•is'sue** *v.*

**o•ver•joy** (ō'vər-joi') *tr.v.* **-joyed, -joy•ing, -joys** To fill with joy; delight. —**o'ver•joyed'** (-joid') *adj.*

**o•ver•kill** (ō'vər-kĭl') *n.* **1.** Destructive nuclear capacity exceeding the amount needed to destroy an enemy. **2.** Excessive killing. **3.** An excess of what is necessary or appropriate for a particular end: *"government overkill in dealing with dissent"* (Jesse Unruh). ❖ *tr.v.* (ō'vər-kĭl') **-killed, -kill•ing, -kills** To destroy (an enemy or enemy target) with more nuclear force than necessary.

**o•ver•lad•en** (ō'vər-lād'n) *adj.* Loaded or burdened too heavily.

**o•ver•laid** (ō'vər-lād') *v.* Past tense and past participle of **overlay¹.**

**o•ver•lain** (ō'vər-lān') *v.* Past participle of **overlie.**

**o•ver•land** (ō'vər-lănd', -lənd) *adj.* Accomplished, traversing, or passing over the land instead of the ocean: *an overland journey; an overland route.* ❖ *adv.* By way of land: *traveled overland to the ranch.*

**O•ver•land Park** (ō'vər-lənd) A city of northeast Kansas, a residential suburb of Kansas City. Population: 149,000.

**Overland Trail** Any of several trails, such as the Oregon Trail or the Santa Fe Trail, of westward migration in the United States. The term is sometimes used to refer collectively to all the overland migration routes from the Missouri River to the Pacific Ocean.

**o•ver•lap** (ō'vər-lăp') *v.* **-lapped, -lap•ping, -laps** —*tr.* **1.** To lie or extend over and cover part of. **2.** To have an area or range in common with. —*intr.* **1.** To lie over and partly cover something. **2.** To correspond in character or function: *Their duties overlap.* **3.** *Mathematics* To have one or more elements in common. Used of sets. ❖ *n.* (ō'vər-lăp') **1.** A part or portion that overlaps or is overlapped. **2.** An instance of overlapping.

**o•ver•lay¹** (ō'vər-lā') *tr.v.* **-laid** (-lād'), **-lay•ing, -lays 1.** To lay or spread over or on. **2a.** To cover the surface of with a decorative layer or design: *overlay wood with silver.* **b.** To embellish superficially: *a simple tune that was overlaid with ornate harmonies.* **3.** *Printing* To put an overlay on. **4.** To create (a new area code) having the same boundaries as another: *In Maryland, area code 240 was overlaid on top of area code 301.* ❖ *n.* (ō'vər-lā') **1.** Something that is laid over or covers something else. **2.** A layer of decoration, such as gold leaf or wood veneer, applied to a surface. **3.** *Printing* A piece of paper used on a press tympan to vary the pressure that produces light and dark tones. **4.** A transparent sheet containing graphic matter, such as labels or colored areas, placed on illustrative matter to be incorporated into it. **5.** An area code whose boundaries are the same as another area code.

**o•ver•lay²** (ō'vər-lā') *v.* Past tense of **overlie.**

**o•ver•leaf** (ō'vər-lēf') *adv.* On the other side of the page or leaf.

**o•ver•leap** (ō'vər-lēp') *tr.v.* **-leaped** or **-leapt** (-lĕpt'), **-leap•ing, -leaps 1.** To leap across or over. **2.** To defeat (oneself or one's purpose) by going too far.

**o•ver•learn** (ō'vər-lûrn') *tr.v.* **-learned** also **-learnt** (-lûrnt'), **-learn•ing, -learns** To continue studying or practicing (something) after initial proficiency has been achieved so as to reinforce or ingrain the learned material or skill.

**o•ver•lie** (ō'vər-lī') *tr.v.* **-lay** (-lā'), **-lain** (-lān'), **-ly•ing, -lies 1.** To lie over or on. **2.** To suffocate (a baby, for example) by accidentally lying on top of it.

**o•ver•load** (ō'vər-lōd') *tr.v.* **-load•ed, -load•ing, -loads** To load too heavily. ❖ *n.* (ō'vər-lōd') An excessive load.

**o•ver•long** (ō'vər-lông', -lŏng') *adj.* Excessively long: *an overlong play.* ❖ *adv.* For too long: *talked overlong.*

**o•ver•look** (ō'vər-lŏŏk') *tr.v.* **-looked, -look•ing, -looks 1a.** To look over or at from a higher place. **b.** To rise above, especially so as to afford a view over: *The tower overlooks the sea.* **2a.** To fail to notice or consider; miss. **b.** To ignore deliberately or indulgently; disregard. **3.** To look over; examine. **4.** To watch over; oversee. See synonyms at **supervise.** ❖ *n.* (ō'vər-lŏŏk') An elevated place that affords an extensive view: *a scenic overlook.*

**o•ver•lord** (ō'vər-lôrd') *n.* **1.** A lord having power or supremacy over other lords. **2.** One in a position of supremacy or domination over others. —**o'ver•lord'ship** *n.*

**o•ver•ly** (ō'vər-lē) *adv.* To an excessive degree: *overly protective.*

**o•ver•man** (ō'vər-mən) *n.* **1.** A person having authority over others, especially an overseer or a shift supervisor. **2.** (ō'vər-măn') See **superman** (sense 2). ❖ *tr.v.* (ō'vər-măn') **-manned, -man•ning, -mans** To provide with more personnel than necessary. [N., sense 2, translation of German *Übermensch* : *über,* over, higher + *Mensch,* man.]

**o•ver•man•tel** (ō'vər-măn'tl) *n.* A decorative structure or an ornamental panel situated above a mantelpiece. —**o'ver•man'tel** *adj.*

**o•ver•mas•ter** (ō'vər-măs'tər) *tr.v.* **-tered, -ter•ing, -ters** To overpower by superior force; overcome.

**o•ver•match** (ō'vər-măch') *tr.v.* **-matched, -match•ing, -match•es 1.** To be more than a match for; exceed or defeat. **2.** To match with a superior opponent. ❖ *n.* (ō'vər-măch') A contest in which one opponent is distinctly superior.

**o•ver•med•i•cate** (ō'vər-mĕd'ĭ-kāt') *tr.v.* **-cat•ed, -cat•ing, -cates** To medicate (a patient) excessively. —**o'ver•med'i•ca'tion** *n.*

**o•ver•much** (ō'vər-mŭch') *adj.* Too much; excessive. ❖ *adv.* In excess. ❖ *n.* (ō'vər-mŭch', ō'vər-mŭch') An excessive amount.

**o•ver•night** (ō'vər-nīt') *adj.* **1.** Lasting for, extending over, or remaining during a night: *an overnight trip; an overnight guest.* **2.** For use over a single night or for a short journey: *overnight supplies.* **3.** Mailed for guaranteed delivery on the next day: *an overnight package.* **4.** Happening as if in a single night; sudden: *an overnight success.* ❖ *adv.* (ō'vər-nīt') **1.** During or for the length of the night: *meat marinating overnight.* **2.** In or as if in the course of one night; suddenly: *became a sensation overnight.* ❖ *n.* An overnight stay or trip. ❖ *v.* (ō'vər-nīt') **-night•ed, -night•ing, -nights** —*intr.* To spend the night: *overnighting at an inn.* —*tr.* To send by mail or other courier for delivery the next day.



**overhand knot**



**overhang**
Fallingwater by Frank Lloyd Wright, near Mill Run, Pennsylvania



**overhead projector**