# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| GREAT DANE LIMITED PARTNERSHIP, ) ) Plaintiff, ) ) v. ) ) STOUGHTON TRAILERS, LLC AND ) NEWCOURT, INC., ) ) Defendants. ) | Civil Case No. 3:08-CV-089-CDL |

## DEFENDANT NEWCOURT, INC.'S RESPONSE BRIEF REGARDING CLAIM CONSTRUCTION

Newcourt, Inc. ("Newcourt"), one of the named Defendants in the above-styled action, hereby fully adopts Defendant Stoughton Trailers, LLC's Response Brief Regarding Claim Construction, served this date.

Respectfully submitted, this __23rd__ day of October, 2009.

/s/ Sumner C. Rosenberg
Sumner C. Rosenberg
Georgia Bar No. 614550
rosenbergs@ballardspahr.com
Lawrence K. Nodine
Georgia Bar No. 545250
nodinel@ballardspahr.com
J. Scott Anderson
Georgia Bar No. 017266
andersons@ballardspahr.com

Jeffrey H. Brickman
Georgia Bar No. 080432
brickmanj@ballardspahr.com
BALLARD SPAHR LLP
999 Peachtree Street, Suite 1000
Atlanta, Georgia 30309
Telephone 678-420-9300
Facsimile 678-420-9301

ATTORNEYS FOR DEFENDANT,
NEWCOURT, INC.

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | | |
|---|---|---|
| GREAT DANE LIMITED PARTNERSHIP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Case No. |
| | ) | 3:08-CV-089-CDL |
| STOUGHTON TRAILERS, LLC AND | ) | |
| NEWCOURT, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on 23rd day of October, 2009, I caused to be served a copy of the within and foregoing DEFENDANT NEWCOURT, INC.'S RESPONSE BRIEF REGARDING CLAIM CONSTRUCTION with the Clerk of Court using the CM/ECF system, which will automatically send electronic-mail notification of such filing to the following attorneys of record:

John M. Tatum, Esq. (jtatum@huntermaclean.com)
Hunter, Maclean, Exley & Dunn, P.C.

R. Trevor Carter (trevor.carter@bakerd.com)
Brandon S. Judkins (Brandon.judkins@bakerd.com)
Baker & Daniels, LLP

David P. Irmscher (dpirmsch@bakerd.com)
Baker & Daniels, LLP

Jonathan Margolies (JHMargolies@michaelbest.com)
Michael Best & Friedrich LLP

Shaun Daugherty (sdaugherty@hbss.net)
Hall Booth Smith & Slover, PC


Respectfully submitted, this __23rd__ day of October, 2009.


        /s/ Sumner C. Rosenberg
        Sumner C. Rosenberg
        Georgia Bar No. 614550
        rosenbergs@ballardspahr.com
        Ballard Spahr LLP