# MINUTE SHEET OF COURT PROCEEDINGS (UNCONTESTED)

Date: 12/15/2009                                    Type of Hearing: Markman Hearing

Judge: CLAY D. LAND                                 Court Reporter: Betsy Peterson

Courtroom Deputy: Pamela Sweeden                    Interpreter: n/a

**Case Number:** 3:08-CV-89- (CDL)

| | |
|---|---|
| Great Dane Limited Partnership | Counsel: David J. Marr; Timothy M. McCarthy; John M. Tatus |
| vs. | |
| Stoughton Trailers, LLC | Counsel: Jonatha H. Margolies; Catherine Schill; Shaun Daugherty |
| Newcourt, Inc. | Sumner C. Rosenberg |

*DISCLAIMER: CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE OFFICIAL COURT RECORD. ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.*

*Court time for JS10/MJSTAR: 2 hrs. 10 mins.*

9:35 AM    Court convened for Markman hearing. Participants recognized. For the Plaintiff were David Marr, Timothy McCarthy, and John Tatum. For Defendant Stoughton were Jonathan Margolies, Catherine Schill, and Shaun Daugherty. Defendant Newcourt was represented by Sumner Rosenberg.

The Court advised counsel how the hearing would proceed, giving the terms which the Court was interested in as to how the parties would define and explain. Plaintiff used power point diagrams for explanation. Mr. Marr and Mr. McCarthy argued for the Plaintiff and Mr. Margolies argued for Defendants.

11:25 AM   Break.

11:35 AM   Court reconvened. Parties finished arguments as to definitions. The Court inquired with regard to discovery scheduling and readiness for trial. The parties agreed they could be ready for trial for the fall 2010 term.

11:55 AM   Court adjourned.