# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
### ATHENS DIVISION

| | | |
|---|---|---|
| GREAT DANE LIMITED PARTNERSHIP | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:08-CV-89 (CDL) |
| | ) | |
| STOUGHTON TRAILERS, LLC and | ) | |
| NEWCOURT, INC., | ) | Judge Clay D. Land |
| | ) | |
| Defendants. | ) | |

## GREAT DANE LIMITED PARTNERSHIP'S MOTION TO SUPPLEMENT THE RECORD

The plaintiff, GREAT DANE LIMITED PARTNERSHIP, by its attorneys, moves this

Court to supplement the record with respect to Great Dane's Motion to Re-Open Case, and in

support thereof states:

1.      This case is administratively closed as a result of the bankruptcy of the defendant,

Newcourt, Inc.

2.      Great Dane filed a Motion to Re-Open Case on April 6, 2010.

3.      Great Dane also filed a Motion for Modification of the Automatic Stay to

Continue District Court Litigation, in Case No. 09-50315-BTR, In the United States Bankruptcy

Court for the Eastern District of Texas, *In re Newcourt, Inc.*

4.      The bankruptcy court entered the Order attached to this Motion as Exhibit A on

April 20, 2010.

5.      Great Dane merely wishes to bring to this Court's attention the entry of this Order

by the bankruptcy court.

WHEREFORE, the plaintiff, GREAT DANE LIMITED PARTNERSHIP, moves this

Court for leave to supplement the record in connection with the Motion to Re-Open Case previously filed in this matter.

Respectfully submitted,

**GREAT DANE LIMITED PARTNERSHIP**

By:    s/Timothy M. McCarthy

One of its Attorneys

David J. Marr, *dmarr@trexlaw.com*
Timothy M. McCarthy, *tmccarthy@trexlaw.com*
TREXLER, BUSHNELL, GIANGIORGI,
   BLACKSTONE & MARR, LTD.
105 W. Adams, 36th Floor
Chicago, Illinois 60603
tel: (312) 704-1890
tax: (312) 704-8023

John M. Tatum, *JTatum@HunterMaclean.com*
HUNTER, MACLEAN, EXLEY & DUNN, P.C.
P.O. Box 9848
Savannah GA 31412
tel: 912 236 0261
fax: 912 236 4936s

AN3582.DOC

# CERTIFICATE OF SERVICE

I, Timothy M. McCarthy, declare that I served the foregoing document titled **GREAT DANE LIMITED PARTNERSHIP'S MOTION TO SUPPLEMENT THE RECORD** on the following counsel by email on April 21, 2010:

> Jonathan H. Margolies, *jhmargolies@michaelbest.com*
> Katherine W. Schill, *kwschill@michaelbest.com*
> Ian A.J. Pitz, *iapitz@michaelbest.com*
> MICHAEL, BEST & FRIEDRICH
> 100 East Wisconsin Avenue
> Suite 3300
> Milwaukee, WI 53202-4108
>
> Shaun Michael Daugherty, sdaugherty@hbss.net
> HALL, BOOTH, SMITH & SLOVER, P.C.
> 1180 W. Peachtree St., N.W.
> Atlantic Center Plaza, Ste. 900
> Atlanta GA 30309-3479
>
> Sumner C. Rosenberg, rosenbergs@ballardspahr.com
> BALLARD SPAHR ANDREWS & INGERSOLL, LLP
> 999 Peachtree St., St. 1000
> Atlanta GA 30309

s/Timothy M. McCarthy