# Exhibit A

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## TEXARKANA DIVISION



| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| NEWCOURT, INC., | § | Case No. 09-50315-BTR |
| P.O. Box 5040 | § | Chapter 11 |
| Texarkana, TX 75505-5040 | § | |
| Tax ID: xx-xxx5517 | § | |
| | § | |
| *Debtor.* | § | |

**EOD**
04/20/2010

### INTERIM ORDER GRANTING MOTION OF GREAT DANE LIMITED PARTNERSHIP FOR LIMITED DISCOVERY PURPOSES

This cause coming on to be heard upon the Motion for Modification of the Automatic Stay to Continue District Court Litigation filed by Great Dane Limited Partnership (the "Great Dane Motion"), due notice having been given, the Movant, Great Dane Limited Partnership ("Great Dane") and the Debtor having reached an agreement through counsel as to the limited relief set forth herein, and Great Dane having agreed to a waiver of a hearing within 30 days under 11 U.S.C. § 362(e), and the Court finding that good cause exists for the entry of the following Order,

**IT IS THEREFORE ORDERED** that the Great Dane Motion be and hereby is **GRANTED** solely to the extent necessary to permit Great Dane to conduct any and all pre-trial discovery as to the Debtor, authorized and permitted pursuant to F.R.C.P. Rules 26-37 in the patent infringement litigation pending in the United States District Court for the Middle District of Georgia, Athens Division,

**IT IS FURTHER ORDERED** that the automatic stay imposed by Section 362(a) of the Bankruptcy Code shall remain in effect as to any remaining relief requested by the Great Dane Motion pending further hearing on such motion, and

*Exhibit A*

**IT IS FURTHER ORDERED**, that the Great Dane Motion is continued for further hearing until July 19, 2010, at 10:15 a.m. before the Honorable Brenda T. Rhoades without further notice.

Signed on 4/20/2010

*Brenda T. Rhoades*　　SR

HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

**AGREED TO AS TO FORM AND SUBSTANCE:**

*/s/ Stephen A. Goodwin*
Stephen A. Goodwin
Lisa M. Lucas
CARRINGTON, COLEMAN, SLOMAN
　& BLUMENTHAL, L.L.P.
901 Main Street, Suite 5500
Dallas, TX 75202
(214) 855-3000
(214) 855-1333 (Fax)

and

Christopher J. Horvay
GOULD & RATNER LLP
222 N. LaSalle Street, Suite 800
Chicago, IL 60601
(312) 236-3003
(312) 236-3241 (Fax)

*Attorneys for*
*Great Dane Limited Partnership*

*/s/ Bill F. Payne*
Bill F. Payne
THE MOORE LAW FIRM, L.L.P.
100 North Main Street
Paris, TX 75460
(903) 784-4393
(903) 785-0312 (Fax)

*Attorney for the Debtor*