# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | | |
|---|---|---|
| GREAT DANE LIMITED PARTNERSHIP | * | |
| Plaintiff, | * | |
| v. | * | CASE NO. 3:08-CV-89 (CDL) |
| STOUGHTON TRAILERS, LLC and NEWCOURT, INC., | * | |
| | * | |
| Defendants. | * | |
| | * | |

## AMENDMENT TO SCHEDULING ORDER

Paragraph 8 of the Scheduling/Discovery Order entered on March 25, 2009 is hereby amended and the following schedule is entered:

1. Completion of outstanding, unanswered written discovery:     June 23, 2010
2. Close of fact discovery:     August 6, 2010
3. Initial expert witness reports due:     August 20, 2010
4. Rebuttal expert witness reports due:     September 10, 2010
5. Reply expert witness reports due:     September 24, 2010
6. Close of expert witness discovery:     October 22, 2010

IT IS SO ORDERED, this 3rd day of June, 2010.

                                        S/Clay D. Land
                                        CLAY D. LAND
                             UNITED STATES DISTRICT JUDGE