UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| GREAT DANE LIMITED PARTNERSHIP, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STOUGHTON TRAILERS, LLC AND ) <br> NEWCOURT, INC., ) <br> ) <br> Defendants. ) | Civil Case No. 3:08-CV-089 |

## NOTICE OF DEPOSITION OF CHARLES FETZ

To: David J. Marr
Timothy M. McCarthy
TREXLER, BUSHNELL, GIANGIORGI,
BLACKSTONE & MARR, LTD.
105 W. Adams, 36th Floor
Chicago, Illinois 60603

PLEASE TAKE NOTICE that Defendant, Stoughton Trailers, LLC, will take the deposition of **Charles Fetz** pursuant to Rule 30 of the Federal Rules of Civil Procedure on **June 23, 2010**, at **9:30 a.m.** at the law office **of Michael Best & Friedrich LLP, 2 Prudential Plaza, 180 North Stetson Avenue, Suite 2000, Chicago, IL 60601**, before a person qualified to administer oaths and to make stenographic recordings, transcripts, and videotapes, and the examination shall continue as the taking thereof from time to time may adjourned.

Dated this 16th day of June, 2010.

                                   **HALL, BOOTH, SMITH & SLOVER, P.C.**

By:     s/ Shaun Daugherty
       Shaun Daugherty, Esq.
       Ga. Bar No. 205877
       1180 West Peachtree NW
       Atlantic Center Plaza, Suite 900
       Atlanta, GA 30309
       Phone: (404) 954-5000
       Fax:    (678) 539-1568
       SDaugherty@hbss.net

**MICHAEL BEST & FRIEDRICH LLP**

By:    /s Jonathan H. Margolies
       Jonathan H. Margolies, SBN 1000452
       Katherine W. Schill, SBN 1025887
       100 East Wisconsin Avenue, Suite 3300
       Milwaukee, WI  53202-4108
       Phone:  (414) 271-6560
       Fax:     (414) 277-0656
       jhmargolies@michaelbest.com
       kwschill@michaelbest.com

Attorneys for Defendant Stoughton Trailers, LLC

# CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2010, I caused to be served a copy of the foregoing **NOTICE OF DEPOSITION OF CHARLES FETZ** on the following counsel by email:

David J. Marr
dmarr@trexlaw.com
Timothy M. McCarthy
tmccarthy@trexlaw.com
TREXLER, BUSHNELL, GIANGIORGI,
BLACKSTONE & MARR, LTD.
105 W. Adams, 36th Floor
Chicago, Illinois 60603

Dated this 16th day of June, 2010.

                                           s/ Shaun M. Daugherty
                                           Shaun M. Daugherty