

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION
AT ALBANY, GEORGIA

## MINUTE SHEET OF COURT PROCEEDINGS (UNCONTESTED)

Date: 7/1/2010                                   Type of Hearing: Motion to Compel

Judge: CLAY D. LAND                              Court Reporter: Betsy Peterson

Courtroom Deputy: Pamela Sweeden                 Interpreter:

Case Number: 3:08-CV-89- (CDL)

Great Dane Limited Partnership                   Counsel: John M. Tatum: Timothy McCarthy; David Marr

vs.

Stoughton Trailers, LLC                          Counsel: Jonathan H. Margolies

Newcourt, Inc.                                   James Scott Anderson; Sumner C. Rosenberg

*DISCLAIMER: CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE OFFICIAL COURT RECORD. ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.*

*Court time for JS10/MJSTAR: 15 mins.*

3:00 PM     The Court initiated a telephone conference regarding an expedited ruling on Plaintiff's motion to compel (Doc. 68). Participants in the telephone conference were John Tatum, Tim McCarthy, David Marr, and John Margolies. Although counsel for all parties had been electronically notified, no attorney for Newcourt, Inc. responded to the request for telephone numbers to participate in the conference/hearing.

The Court inquired whether the parties had heard from counsel for Newcourt, Inc. and inquired with regard to the bankruptcy hearing scheduled for July 6. . The Court determined that Newcourt/its attorneys should respond to all outstanding discovery by 5:00 P.M. on July 9, 2010 and that Melvin Court should appear for his deposition on July 16, 2010, at 10:00 A.M. After discussion with the parties, the Court advised that an order regarding the motion to compel would be filed today.

3:15 PM     Telephone conference was adjourned.